**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of <u>Delaware</u>
(State)

Case number (*if known*): _____    Chapter <u>11</u>

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1. Debtor's name** | <u>THG Holdings LLC</u> | |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's Federal Employer Identification Number (EIN)** | <u>82-5308292</u> | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| <u>3803 Parkwood Blvd., Suite 400</u><br>Number        Street | _____<br>Number        Street |
| _____ | _____<br>P.O. Box |
| <u>Frisco Texas, 75034</u><br>City            State      ZIP Code | _____<br>City            State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| <u>Collin County, Texas</u><br>County | _____<br>Number        Street |
| | _____ |
| | _____<br>City            State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | <u>truehealthdiag.com</u> |
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | THG Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6215

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                       MM / DD / YYYY
             District _____ When _____ Case number _____
                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor See attached Rider     Relationship Affiliate
        District Delaware     When 07/30/2019
                                       MM / DD / YYYY
        Case number, if known _____

Debtor    THG Holdings LLC                                    Case number (if known) _____
          Name

**11. Why is the case filed in *this*** *Check all that apply:*
**district?**
   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days
       immediately preceding the date of this petition or for a longer part of such 180 days than in any other
       district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have** ☒ No
**possession of any real** ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property or personal property**
**that needs immediate**
**attention?**
   **Why does the property need immediate attention?** *(Check all that apply.)*

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without
      attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related
      assets or other options).

   ☐ Other _____

   **Where is the property?** _____
                Number      Street

               _____

               City                       State    ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of** *Check one:*
**available funds** ☐ Funds will be available for distribution to unsecured creditors.
   ☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| **14. Estimated number of creditors** | ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| **15. Estimated assets** | ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | THG Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/30/2019
　　　　　　 MM / DD / YYYY

✗ /s/ Clifford A. Zucker                Clifford A. Zucker

Signature of authorized representative of debtor        Printed name

Title Chief Restructuring Officer

**18. Signature of attorney**

✗ /s/ Derek C. Abbott                Date  07/30/2019

Signature of attorney for debtor            MM / DD / YYYY

Derek C. Abbott
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name

1201 N. Market St., 16th Floor
Number        Street

Wilmington            DE        19801
City                State        ZIP Code

(302) 658-9200            dabbott@mnat.com
Contact phone            Email address

3376                DE
Bar number            State

## RIDER

## PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY AFFILIATES

On July 30, 2019, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. A motion has been filed with the Court requesting that the chapter 11 cases of these entities be jointly administered for procedural purposes only.

| Entity Name | Federal Employer Identification Number (EIN) |
|---|---|
| THG Holdings LLC | 82-5308292 |
| True Health Group LLC | 81-2339158 |
| True Health Diagnostics LLC | 46-5219452 |
| Outreach Management Solutions LLC | 81-2339424 |
| True Health Clinical LLC | 37-1825272 |
| Health Core Financial LLC | 30-0936614 |
| True Health IP LLC | 36-4835427 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THG Holdings LLC, *et al.*, | Case No. 19-_____ (___) |
| Debtors.[1] | Joint Administration Requested |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT

The above-captioned debtors and debtors in possession (the "Debtors") make this statement under rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure. The Debtors are each directly or indirectly wholly owned by debtor THG Holdings LLC. The following entities own 10% or more of a class THG Holdings LLC's membership interests.

- RSCF I Blockier True Health LLC (Class A Common Units)

- RSCF I-A Blocker True Health LLC (Class A Common Units)

- CLG Investments (Class B Common Units)

- Covert Investment Operations, LLC (Larry Rick Covert) (Class B Common Units)

- LCG Ventures II, LLC (Class B Common Units)

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THG Holdings LLC, *et al.*, | Case No. 19-_____ (___) |
| Debtors.[1] | Joint Administration Requested |

## CONSOLIDATED LIST OF EQUITY SECURITY HOLDERS

The above-captioned debtors and debtors in possession (the "Debtors") provide

this list of equity security holders for each Debtor under rule 1007(a)(3) of the Federal Rules of

Bankruptcy Procedure.

| THG Holdings LLC | | | |
|---|---|---|---|
| **Holder of Equity Securities** | **Address** | **Nature of Interests Held** | **Number of Units Held** |
| Christopher Grottenthaler | On file with Epiq | Class A- Common Unit | 6082.94100 |
| FIO THG LLC | 1000 Lakeside Avenue Cleveland, OH  44114 | Class A- Common Unit | 1773.03953 |
| L. Richard Covert | On file with Epiq | Class A- Common Unit | 1654.41315 |
| MB PE V THG LLC | 1000 Lakeside Avenue Cleveland, OH  44114 | Class A- Common Unit | 2001.81882 |

---

[1]     The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

| THG Holdings LLC | | | |
|---|---|---|---|
| **Holder of Equity Securities** | **Address** | **Nature of Interests Held** | **Number of Units Held** |
| Monroe Capital CLO 2014-1 Blocker, LLC | c/o Monroe Capital LLC 311 South Wacker Drive Suite 6400 Chicago, Illinois 60606 Attention: Matt Lane Facsimile: (312) 258-8350 E-mail: mlane@monroecap.com | Class A- Common Unit | 184.13765 |
| Monroe Capital MML CLO 2016-1 Issuer Subsidiary 1, Inc. | c/o Monroe Capital LLC 311 South Wacker Drive Suite 6400 Chicago, Illinois 60606 Attention: Matt Lane Facsimile: (312) 258-8350 E-mail: mlane@monroecap.com | Class A- Common Unit | 184.13765 |
| Monroe Capital Private Credit Fund I LP | c/o Monroe Capital LLC 311 South Wacker Drive Suite 6400 Chicago, Illinois 60606 Attention: Matt Lane Facsimile: (312) 258-8350 E-mail: mlane@monroecap.com | Class A- Common Unit | 566.80969 |
| Monroe Capital Private Credit Fund II (Unleveraged) LP | c/o Monroe Capital LLC 311 South Wacker Drive Suite 6400 Chicago, Illinois 60606 Attention: Matt Lane | Class A- Common Unit | 139.12470 |
| Monroe Capital Private Credit Fund II LP | c/o Monroe Capital LLC 311 South Wacker Drive Suite 6400 Chicago, Illinois 60606 Attention: Matt Lane Facsimile: (312) 258-8350 E-mail: mlane@monroecap.com | Class A- Common Unit | 1023.75846 |

| THG Holdings LLC | | | |
|---|---|---|---|
| **Holder of Equity Securities** | **Address** | **Nature of Interests Held** | **Number of Units Held** |
| Monroe Capital Private Credit Fund II-O Equity Holdings, LLC | c/o Monroe Capital LLC 311 South Wacker Drive Suite 6400 Chicago, Illinois 60606 Attention: Matt Lane Facsimile: (312) 258-8350 E-mail: mlane@monroecap.com | Class A-Common Unit | 159.67277 |
| Monroe FCM Direct Loan Fund LP | c/o Monroe Capital LLC 311 South Wacker Drive Suite 6400 Chicago, Illinois 60606 Attention: Matt Lane Facsimile: (312) 258-8350 E-mail: mlane@monroecap.com | Class A-Common Unit | 113.36194 |
| Monroe Private Credit Fund A LP | c/o Monroe Capital LLC 311 South Wacker Drive Suite 6400 Chicago, Illinois 60606 Attention: Matt Lane Facsimile: (312) 258-8350 E-mail: mlane@monroecap.com | Class A-Common Unit | 944.68281 |
| MSF PEF THG LLC | 25701 Science Park Drive Cleveland, OH  44122 | Class A-Common Unit | 1944.62400 |
| PHL Variable Insurance Company | One American Row Hartford, CT  06102 | Class A-Common Unit | 2166.44314 |
| Phoenix Life Insurance Company | One American Row Hartford, CT  06102 | Class A-Common Unit | 3791.27578 |
| RSCF I Blocker True Health LLC | 630 Fifth Avenue, Suite 400 New York, NY  10111 | Class A-Common Unit | 36022.41418 |
| RSCF I-A Blocker True Health LLC | 630 Fifth Avenue, Suite 400 New York, NY  10111 | Class A-Common Unit | 9495.20799 |

| THG Holdings LLC | | | |
|---|---|---|---|
| Holder of Equity Securities | Address | Nature of Interests Held | Number of Units Held |
| Silver Point Select Opportunities Fund A, L.P. | c/o Silver Point Capital 2 Greenwich Plaza, 1ˢᵗ Floor Greenwich, CT 06830 Attn:  Credit Admin Email: CreditAdmin@silverpointcapital.com Ops-Administration@silverpointcapital.com | Class A- Common Unit | 248.67642 |
| Silver Point Specialty Credit Fund, L.P. | c/o Silver Point Capital 2 Greenwich Plaza, 1ˢᵗ Floor Greenwich, CT 06830 Attn:  Credit Admin Email: CreditAdmin@silverpointcapital.com Ops-Administration@silverpointcapital.com | Class A- Common Unit | 69.62940 |
| Specialty Credit Facility, LLC | c/o Silver Point Capital 2 Greenwich Plaza, 1ˢᵗ Floor Greenwich, CT 06830 Attn:  Credit Admin Email: CreditAdmin@silverpointcapital.com Ops-Administration@silverpointcapital.com | Class A- Common Unit | 510.61559 |
| Alba Durata, LLC | 2340 E. Trinity Mills Road, Suite 233 Carrollton, TX 75006-1900 | Class B - Common Unit | 122.43401 |
| Alexandra and Kyle Nettesheim as Joint Tenants with Right of Survivorship | 2720 Skyland Drive NE Atlanta, GA  30319 | Class B - Common Unit | 69.40989 |
| Ancelmo E. Lopes | On file with Epiq | Class B - Common Unit | 122.49533 |

| THG Holdings LLC | | | |
|---|---|---|---|
| Holder of Equity Securities | Address | Nature of Interests Held | Number of Units Held |
| Blake Whitaker | On file with Epiq | Class B - Common Unit | 34.63909 |
| Bruce A. Zivian | On file with Epiq | Class B - Common Unit | 14.28406 |
| Carol A. Nellis and Kevin M. Nellis as Joint Tenants with Right of Survivorship | 79 W. Belle Isle Road NE Atlanta, GA  30342 | Class B - Common Unit | 69.40989 |
| Christian W. Richards | On file with Epiq | Class B - Common Unit | 242.47366 |
| Christopher W. Kling, MD | 413 Black Wolf Run Wildwood, MO  63040 | Class B - Common Unit | 20.40572 |
| CLG Investments | 3662 Hickory Grove Lane Frisco, TX  75034 | Class B - Common Unit | 4003.34635 |
| Covert Investment Operations, LLC (Larry Rick Covert) | 6200 Bay Valley Court Flower Mound, TX  75022 | Class B - Common Unit | 2581.42034 |
| Daniel G. Grottenthaler and Anita Grottenthaler as Joint Tenants with Right of Survivorship | 812 Indian Wood Lane Myrtle Beach, SC  29588 | Class B - Common Unit | 53.08134 |
| Edward M. McCann | On file with Epiq | Class B - Common Unit | 30.60850 |
| Fernando De Leon | On file with Epiq | Class B - Common Unit | 69.98482 |
| Fernando De Leon | On file with Epiq | Class B - Common Unit | 209.94062 |
| FIO THG LLC | 1000 Lakeside Avenue Cleveland, OH  44114 | Class B - Common Unit | 38.65735 |
| Gary Smith | On file with Epiq | Class B - Common Unit | 138.55637 |

| THG Holdings LLC | | | |
|---|---|---|---|
| Holder of Equity Securities | Address | Nature of Interests Held | Number of Units Held |
| Jacob John Novak | On file with Epiq | Class B - Common Unit | 408.11349 |
| Karen A. Miller | On file with Epiq | Class B - Common Unit | 204.15888 |
| LCG Ventures II, LLC | 3500 Maple Avenue Suite 1600 Dallas, TX  75219 | Class B - Common Unit | 2040.56776 |
| LCG Ventures, LLC | 3500 Maple Avenue Suite 1600 Dallas, TX  75219 | Class B - Common Unit | 938.66115 |
| Mark T. Smith | On file with Epiq | Class B - Common Unit | 8.16222 |
| Matthew Gary Milburn | On file with Epiq | Class B - Common Unit | 40.83178 |
| MB PE V THG LLC | 1000 Lakeside Avenue Cleveland, OH  44114 | Class B - Common Unit | 43.64540 |
| Melinda LeeAnn Milburn | On file with Epiq | Class B - Common Unit | 40.83178 |
| Michael Clements | On file with Epiq | Class B - Common Unit | 40.83178 |
| Michael Osterhoff | On file with Epiq | Class B - Common Unit | 163.27612 |
| Michael Osterhoff | On file with Epiq | Class B - Common Unit | 112.57705 |
| MSF PEF THG LLC | 25701 Science Park Drive Cleveland, OH  44122 | Class B - Common Unit | 42.39838 |
| Patrick Young | On file with Company | Class B - Common Unit | 34.63909 |
| PHL Variable Insurance Company | One American Row Hartford, CT  06102 | Class B - Common Unit | 47.23461 |

6

| THG Holdings LLC | | | |
|---|---|---|---|
| **Holder of Equity Securities** | **Address** | **Nature of Interests Held** | **Number of Units Held** |
| Phoenix Life Insurance Company | One American Row Hartford, CT  06102 | Class B - Common Unit | 82.66056 |
| Richard Covert | On file with Epiq | Class B - Common Unit | 209.94062 |
| RJ Investments Co. | 205 Laurel Avenue Highland Park, IL  60035 | Class B - Common Unit | 122.48516 |
| Robert J. Osterhoff | On file with Epiq | Class B - Common Unit | 10.20278 |
| RSCF I Blocker True Health LLC | 630 Fifth Avenue, Suite 400 New York, NY  10111 | Class B - Common Unit | 785.38913 |
| RSCF I-A Blocker True Health LLC | 630 Fifth Avenue, Suite 400 New York, NY  10111 | Class B - Common Unit | 207.02202 |
| Ryan M Nellis | On file with Epiq | Class B - Common Unit | 40.83178 |
| Tim Hickey | On file with Epiq | Class B - Common Unit | 10.20278 |
| Tom D. Wippman Revocable Trust U/A/D 6/2/2010 | 332 Maple Avenue Highland Park, IL  60035 | Class B - Common Unit | 61.24766 |
| Tom D. Wippman Revocable Trust U/A/D 6/2/2010 | 332 Maple Avenue Highland Park, IL  60035 | Class B - Common Unit | 21.64251 |
| True Health Diagnostic Management, LLC | 3662 Hickory Grove Lane Frisco, TX  75034 | Class B - Common Unit | 5.765756 |

| True Health Group LLC | | | |
|---|---|---|---|
| **Holder of Equity Securities** | **Address** | **Nature of Interests Held** | **Percentage Held** |
| THG Holdings LLC | 3803 Parkwood Blvd Suite 400 Frisco, TX 75034 | Common Membership | 100% |

| True Health Diagnostics LLC | | | |
|---|---|---|---|
| **Holder of Equity Securities** | **Address** | **Nature of Interests Held** | **Percentage Held** |
| True Health Group LLC | 3803 Parkwood Blvd Suite 400 Frisco, TX 75034 | Common Membership | 100% |

| True Health Clinical LLC | | | |
|---|---|---|---|
| **Holder of Equity Securities** | **Address** | **Nature of Interests Held** | **Percentage Held** |
| True Health Group LLC | 3803 Parkwood Blvd Suite 400 Frisco, TX 75034 | Common Membership | 100% |

| Health Core Financial LLC | | | |
|---|---|---|---|
| **Holder of Equity Securities** | **Address** | **Nature of Interests Held** | **Percentage Held** |
| True Health Group LLC | 3803 Parkwood Blvd Suite 400 Frisco, TX 75034 | Common Membership | 100% |

| Outreach Management Solutions, LLC | | | |
|---|---|---|---|
| **Holder of Equity Securities** | **Address** | **Nature of Interests Held** | **Percentage Held** |
| True Health Group LLC | 3803 Parkwood Blvd Suite 400 Frisco, TX 75034 | Common Membership | 100% |

| True Health IP LLC | | | |
|---|---|---|---|
| **Holder of Equity Securities** | **Address** | **Nature of Interests Held** | **Percentage Held** |
| True Health Group LLC | 3803 Parkwood Blvd Suite 400 Frisco, TX 75034 | Common Membership | 100% |

| Fill in this information to identify the case: |
| --- |
| Debtor Name:   THG Holdings LLC, et al. |
| United States Bankruptcy Court for the:   District of Delaware |
| Case Number (If known):   19-_____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US DEPT HEALTH & HUMAN SERVICES CENTERS FOR MEDICARE & MEDICAID 101 EAST PARK BLVD., SUITE 500 PLANO, TX 75074 | CONTACT: JOSHUA M. RUSS, ASSISTANT U.S. ATTORNEY, EASTERN DISTRICT OF TEXAS PHONE: 410-786-3000 JOSH.M.RUSS@USDOJ.GOV | INSURANCE/PAYOR | CONT, UNLIQ, DISPUTED | | | UNLIQUIDATED |
| 2 | US HEALTHTEK INC 5501 MERCHANTS VIEW SQUARE 744 HAYMARKET, VA 20169 | CONTACT: CRISTY REITER PHONE: 571-222-7909; 855-487-4822 CRISTY@USHEALTHTEK.COM | LAB SUPPLIES | CONT, UNLIQ, DISPUTED | | | UNLIQUIDATED |
| 3 | HOULIHAN LOKEY CAPITAL INC 10250 CONSTELLATION BLVD 5TH FL LOS ANGELES, CA 90067 | CONTACT: ANDREW TURNBULL PHONE: 310-553-8871 ATURNBULL@HL.COM | PROFESSIONAL & LEGAL FEES | CONTINGENT, DISPUTED | | | $2,000,366.89 |
| 4 | ROCHE DIAGNOSTICS CORPORATION PO BOX 71209 CHARLOTTE, NC 28272-1209 | CONTACT: DAN ZORTMAN PHONE: 646-461-5500 DAN.ZORTMAN@ROCHE.COM | LAB SUPPLIES | | | | $1,825,261.80 |
| 5 | PERKINS COIE LLP PO BOX 24643 SEATTLE, WA 98124 | CONTACT: ADAM MARCHUK PHONE: 206-359-8000 AMARCHUK@PERKINSCOIE.COM | PROFESSIONAL & LEGAL FEES | | | | $1,286,669.59 |
| 6 | CIGNA 900 COTTAGE GROVE RD HARTFORD, CT 06152 | CONTACT: JOHN BOGAN PHONE: 860-226-5551 MINA.BERGLAND@CIGNA.COM; JOHN.BOGAN@CIGNA.COM | LEGAL SETTLEMENT | | | | $1,130,952.40 |

Debtor: THG Holdings LLC, et al.

Case Number (if known): 19-_____01

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7   DIAZYME PO BOX 392165 PITTSBURGH, PA 15251-9165 | CONTACT: VINAY NAIK PHONE: 858-455-4768 VINAY.NAIK@DIAZYME.COM | LAB SUPPLIES | | | | $1,115,666.55 |
| 8   BECKMAN COULTER DEPT. CH10164 PALENTINE, IL 60055 | CONTACT: ALI SACKO PHONE: 952-448-4848 AESACKO@BECKMAN.COM | LAB SUPPLIES | | | | $799,338.15 |
| 9   CITY OF RICHMOND PO BOX 26505 RICHMOND, VA 23261-6505 | CONTACT: JOHN WACK PHONE: 804-646-7000 JOHN.WACK@RICHMONDGOV.COM | ALL OTHER OPERATING EXPENSE | | | | $690,290.80 |
| 10   FEDEX PO BOX 371461 PITTSBURGH, PA 15250-7461 | CONTACT: DEVIN BROWN PHONE: 412-269-1000 DEVIN.BROWN@FEDEX.COM | SHIPPING | | | | $543,894.43 |
| 11   MINTZ LEVIN LLP 701 PENNSYLVANIA AVE N.W., STE 900 WASHINGTON, DC 20004 | CONTACT: HOPE FOSTER PHONE: 202-434-7300 HSFOSTER@MINTZ.COM | PROFESSIONAL & LEGAL FEES | | | | $404,077.29 |
| 12   NUMARES AG AM BIOPARK 9 93053 REGENSBURG GERMANY | CONTACT: SEAN KEOHANE PHONE: +49-941-28094900 SEAN.KEOHANE@NUMARES.COM | LAB SUPPLIES | | | | $380,997.75 |
| 13   KING AND SPALDING PO BOX 116133 ATLANTA, GA 30368-6133 | CONTACT: PATRICK COLLINS PHONE: 312 282 9609 PCOLLINS@KSLAW.COM | PROFESSIONAL & LEGAL FEES | | | | $349,671.77 |
| 14   PHADIA US INC PO BOX 741760 ATLANTA, GA 30374-1760 | CONTACT: DEBORAH CAMPBELL PHONE: 269-492-1940 DEBORAH.CAMPBELL@THERMOFISHER.COM | LAB SUPPLIES | | | | $298,305.51 |
| 15   NUMARES GROUP 198 TREMONT ST 301 BOSTON, MA 02116-4705 | CONTACT: SEAN KEOHANE PHONE: 833-686-2737 SEAN.KEOHANE@NUMARES.COM | LAB SUPPLIES | | | | $270,352.42 |
| 16   PROSKAUER ROSE LLC 11 TIMES SQUARE NEW YORK, NY 10036 | CONTACT: BENJAMIN RUBIN PHONE: 212-969-3000 BRUBIN@PROSKAUER.COM | PROFESSIONAL & LEGAL FEES | | | | $228,227.47 |
| 17   MCKESSON MEDICAL-SURGICAL PO BOX 660266 DALLAS, TX 75266-0266 | CONTACT: BRET STAPLES PHONE: 800-453-5180 BRET.STAPLES@MCKESSON.COM | LAB SUPPLIES | | | | $212,011.22 |
| 18   ABBOTT LABORATORIES PO BOX 92679 CHICAGO, IL 60675-2679 | CONTACT: JAMIE DOBSON PHONE: 224-667-6100 JAMIE.DOBSON@ABBOTT.COM | LAB SUPPLIES | | | | $195,660.69 |
| 19   AMERICAN EXPRESS PO BOX 650448 DALLAS, TX 75265 | CONTACT: MAUREEN GORDON PHONE: 800-297-2977 MAUREEN.M.GORDON@AEXP.COM | ALL OTHER OPERATING EXPENSE | | | | $172,212.03 |

Debtor: THG Holdings LLC, et al.    Case Number (if known): 19-_____01

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20  MCDERMOTT WILL & EMERY LLP PO BOX 6043 CHICAGO, IL 60680 | CONTACT: DAVID IVILL PHONE: 312-372-2000 DIVILL@MWE.COM | LEGAL | | | | $164,322.84 |
| 21  DELL FINANCIAL SERVICES LLC PO BOX 6549 CAROL STREAM, IL 60197 | CONTACT: RHONDA CHAFFIN PHONE: 877-663-3355 RHONDA.CHAFFIN@DELL.COM | IT EXPENSE | | | | $159,919.95 |
| 22  GRANT THORNTON 2001 MARKET ST STE 700 PHILADELPHIA, PA 19103 | CONTACT: KOSTA KOURAKIS PHONE: 215-561-4200 KOSTA.KOURAKIS@US.GT.COM | PROFESSIONAL & LEGAL FEES | | | | $155,076.00 |
| 23  DLA PIPER LLP PO BOX 75190 BALTIMORE, MD 21275 | CONTACT: DAMIR LIPOVAC PHONE: 410-580-3000 DAMIR.LIPOVAC@DLAPIPER.COM | PROFESSIONAL & LEGAL FEES | | | | $152,640.50 |
| 24  CONSILIO LLC 1828 L ST NW, STE 1070 WASHINGTON, DC 20036 | CONTACT: WHITNEY BABB PHONE: 202-822-6222 WHITNEY.BABB@CONSILIO.COM | PROFESSIONAL & LEGAL FEES | | | | $144,294.49 |
| 25  AB SCIEX LLC 62510 COLLECTIONS CENTER DR CHICAGO, IL 60693-0625 | CONTACT: CECILIA JOAQUIN PHONE: 877-740-2129 CECILIA.JOAQUIN@SCEIX.COM | LAB SUPPLIES | | | | $143,669.13 |
| 26  EPSTEIN BECKER GREEN PC 1227 25TH ST NW, STE 700 WASHINGTON, DC 20037 | CONTACT: LYNN SHAPIRO SNYDER PHONE: 202-861-1806 LSNYDER@EBGLAW.COM | PROFESSIONAL & LEGAL FEES | | | | $129,546.00 |
| 27  BDO USA LLP 300 ARBORETUM PL STE 520 RICHMOND, VA 23236 | CONTACT: JAY PAYNE PHONE: 804-330-3092 JPAYNE@BDO.COM | PROFESSIONAL & LEGAL FEES | | | | $123,916.01 |
| 28  RANDOX LABORATORIES 515 INDUSTRIAL BLVD KEARNEYSVILLE, WV 25430 | CONTACT: TIMOTHY LENZ PHONE: 304-728-2890 TIMOTHY.LENZ@RANDOX.COM | LAB SUPPLIES | | | | $109,393.13 |
| 29  SALES PERFORMANCE INTERNTATIONAL 6201 FAIRIVEW RD STE 400 CHARLOTTE, NC 28210 | CONTACT: MARK HOOD PHONE: 704-227-6500 MHOOD@SPISALES.COM | PROFESSIONAL & LEGAL FEES | | | | $102,096.70 |
| 30  KIRKLAND & ELLIS LLP 300 N LASALLE CHICAGO, IL 60654 | CONTACT: DENNIS WILLIAMS PHONE: 212-390-4008 DENNIS.WILLIAMS@KIRKLAND.COM | PROFESSIONAL & LEGAL FEES | | | | $100,445.94 |

**THG HOLDINGS LLC**
**RESOLUTIONS OF THE BOARD OF MANAGERS**
**July 29, 2019**

The Board of Managers (the "Board") of THG Holdings LLC, a Delaware limited liability company (the "Company"), pursuant to the Delaware Limited Liability Company Act and the Operating Agreement of the Company, at a duly convened meeting, hereby adopts the following resolutions:

**WHEREAS**, the Board has considered the information presented by the management and legal advisors and financial advisors of the Company, including Clifford A. Zucker in his capacity as chief restructuring officer (the "Chief Restructuring Officer"), regarding the financial condition of the Company, the strategic alternatives available and the impact of the foregoing on the Company's business;

**WHEREAS**, the Board has been briefed on the proposed voluntary bankruptcy petition to be filed by the Company in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") for relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the Company intends to operate its business and manage its property as a debtor-in-possession (the "Chapter 11 Case");

**WHEREAS**, management and legal advisors have informed the Board of the material terms of a proposed financing (the "DIP Term Sheet"), by and between Monroe Capital Management Advisors, LLC, as Administrative Agent, and the lenders party thereto (the "DIP Lender"), and the Company, as borrower, which DIP Term Sheet, contemplates a super-priority secured debtor-in-possession financing facility and agreement for use of cash collateral (together, the "DIP Facility");

**WHEREAS**, the DIP Facility is intended to, among other things, fund the Company's operations and restructuring related fees and expenses during its contemplated chapter 11 bankruptcy proceeding;

**WHEREAS**, the Board has had the opportunity to consult with the management and the legal advisors to the Company and fully consider each of the strategic alternatives available to the Company;

Chapter 11 Filing

**NOW THEREFORE, IT IS RESOLVED**, that the Company file a petition in the Bankruptcy Court seeking relief under the provisions of chapter 11 of the Bankruptcy Code, in which the authority to operate as a debtor- in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

**RESOLVED**, that the Chief Restructuring Officer is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and

verify the petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as the Chief Restructuring Officer executing the same shall determine it to be in the best interests of the Company; and it is further

RESOLVED, that the Chief Restructuring Officer is hereby authorized, empowered and directed, on behalf of the Company, to execute the consent of the sole member and Amendment to Operating Agreement of True Health Group LLC at such time as the Chief Restructuring Officer executing the same shall determine it to be in the best interests of the Company; and it is further

RESOLVED, that the Chief Restructuring Officer is hereby authorized, empowered and directed in the name and on behalf of the Company, to execute and file or cause to be executed and filed (or to direct others to do so on his behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all other action which the Chief Restructuring Officer deems necessary or appropriate in connection with the Chapter 11 Case contemplated hereby, with a view to the successful prosecution of such case; and it is further

RESOLVED, that the recommendation of the Chief Restructuring Officer shall be required before any material decisions of the Company or any of its affiliated debtors and debtors-in-possession (the "Debtors") may become effective (the "Approval Protocol") including without limitation the following matters: (i) the administration and conduct of the Chapter 11 Case, (ii) the direction and control of the prosecution and/or settlement of actions against the Centers for Medicare & Medicaid Services ("CMS") including an action to compel or cause the continuation, commencement or resumption of funding by CMS, (iii) to resolve claims asserted by the Department of Justice against the Debtors, and (iv) the direction, control, approval and consummation of any sale of material assets of the Debtors.  Notwithstanding the foregoing, (x) with respect to the non-economic aspects of any settlement of criminal matters by or on behalf of the Debtors the Chief Restructuring Officer's recommendation or approval shall not be required and (y) the rights of the Subordinated Creditors, as defined in the Intercreditor and Subordination Agreement, dated as of May 18, 2018 , as holders of claims and/or of equity security interests shall be preserved without prejudice and be exercisable as permitted by applicable law or agreement; and it is further

Retention of Advisors

RESOLVED, , that the retention of Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), to provide the Company with legal services, as bankruptcy counsel, on the terms set forth in an appropriate engagement letter with the Company satisfactory to the Chief Restructuring Officer, is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, the Chief Restructuring Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and

2

immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Morris Nichols; and it is further

RESOLVED, that the retention of Perkins Coie LLP ("Perkins"), to provide the Company with legal services, as special counsel, on the terms set forth in an appropriate engagement letter with the Company satisfactory to the Chief Restructuring Officer, is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, the Chief Restructuring Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Perkins; and it is further

RESOLVED, that the retention of SSG Capital Advisors, LLC ("SSG"), to provide the Company with investment banking services on the terms set forth in an appropriate engagement letter with the Company satisfactory to the Chief Restructuring Officer with the Company, is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, the Chief Restructuring Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of SSG; and it is further

RESOLVED, that the retention of Epiq Corporate Restructuring, LLC ("Epiq"), to serve as the Company's claims, noticing and solicitation agent in the Chapter 11 Case on the terms set forth in an appropriate engagement agreement with the Company satisfactory to the Chief Restructuring Officer, is hereby approved, adopted, ratified and confirmed in all respects; and in connection therewith, the Chief Restructuring Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed appropriate application(s) for authority to retain the services of Epiq; and it is further

RESOLVED, that the Chief Restructuring Officer is hereby authorized, empowered and directed, on behalf of, and in the name of the Company, to retain any other legal counsel, accountants, financial advisors or other professionals and a claims and noticing agent, each as the chief Restructuring Officer may deem appropriate during the course of the Chapter 11 Case; and it is further

DIP Financing / Cash Collateral

RESOLVED, that in connection with the Chapter 11 Case by the Company, the Chief Restructuring Officer be, and hereby is, authorized, directed and empowered in the name of and on behalf of the Company, as debtor and debtor-in-possession, to negotiate, execute and deliver (i) final documentation of the DIP Term Sheet and in connection therewith, such agreements, certificates, instruments, collateral documents, mortgages,

3

guarantees, notices and any and all other documents that the Chief Restructuring Officer may deem necessary or appropriate to facilitate the execution or delivery of the DIP Facility and the pledge of collateral in connection therewith, the signature of the Chief Restructuring Officer to be deemed conclusive evidence of such determination, and (ii) such other agreements for secured super-priority debtor in possession loan facilities and/or agreements for the use of cash collateral that the Chief Restructuring Officer may deem appropriate for and in the best interests of the Company, each on terms that the Chief Restructuring Officer may deem necessary or appropriate for the consummation of the transactions contemplated thereby, the signature of the Chief Restructuring Officer to be deemed conclusive evidence of such determination; and it is further

Fees and Expenses

     **RESOLVED**, that the Chief Restructuring Officer be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to incur and pay or cause to be paid all such fees and expenses as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, the making of any such payment conclusively to evidence the due authorization and approval thereof by the Board; and it is further

General

     **RESOLVED**, that the Chief Restructuring Officer of the Company be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, certificates, undertakings, instruments and any and all other documents and amendments as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

     **RESOLVED**, that the Chief Restructuring Officer be, and hereby is, authorized, empowered and directed, on behalf of and for and in the name of the Company, to amend, supplement or otherwise modify from time to time the terms of any agreements, undertakings, documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

     **RESOLVED**, that any and all actions heretofore taken by any member of the Board or the Chief Restructuring Officer consistent with the purpose and intent of the foregoing resolutions are hereby authorized, ratified, approved, confirmed and adopted in all respects as the acts and deeds of the Company as fully as if such actions had been presented to the Board for its prior approval.

**IN WITNESS WHEREOF**, the undersigned, being members of the Board of Managers of the Company having the requisite voting power, do hereby consent to the foregoing actions as of the date first written above.

_____
Hal Greenberg

_____
Ron Sansom

_____
George Benson

_____
Jay Reynolds

_____
Chris Grottenthaler

_____
Patrick Young

_____
Tom Wippman

5

**IN WITNESS WHEREOF**, the undersigned, being members of the Board of Managers of the Company having the requisite voting power, do hereby consent to the foregoing actions as of the date first written above.

_____
Hal Greenberg

_____
Ron Sansom

_____
George Benson

_____
Jay Reynolds

_____
Chris Grottenthaler

_____
Patrick Young

_____
Tom Wippman

5

**IN WITNESS WHEREOF**, the undersigned, being members of the Board of Managers of the Company having the requisite voting power, do hereby consent to the foregoing actions as of the date first written above.

_____

Hal Greenberg

_____

Ron Sansom

_____

George Benson

_____

Jay Reynolds

_____

Chris Grottenthaler

_____

Patrick Young

_____

Tom Wippman

5

**IN WITNESS WHEREOF**, the undersigned, being members of the Board of Managers of the Company having the requisite voting power, do hereby consent to the foregoing actions as of the date first written above.

_____
Hal Greenberg

_____
Chris Grottenthaler

_____
Ron Sansom

_____
Patrick Young

_____
George Benson

_____
Tom Wippman

_____
Jay Reynolds

**IN WITNESS WHEREOF**, the undersigned, being members of the Board of Managers of the Company having the requisite voting power, do hereby consent to the foregoing actions as of the date first written above.

_____
Hal Greenberg

_____
Chris Grottenthaler

_____
Ron Sansom

_____
Patrick Young

_____
George Benson

_____
Tom Wippman

_____
Jay Reynolds

**Fill in this information to identify the case and this filing:**

Debtor Name __THG Holdings LLC, et al._____

United States Bankruptcy Court for the: _____ District of
__Delaware___   Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration _Corporate Ownership Statement, Creditor Matrix, List of Equity Security Holders_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __07/30/2019__          ✗   /s/ Clifford A. Zucker
            MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                        Clifford A. Zucker
                                        Printed name

                                        Chief Restructuring Officer
                                        Position or relationship to debtor