**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| THG Holdings LLC | : | Case No. 19-11689 (JTD) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Beckman Coulter, Inc..**, Attn: Joshua Lee, 250 S. Kraemer Boulevard, Brea, California 92821-6232, Phone: 714-861-3150

2. **McKesson Medical-Surgical Minnesota Supply, Inc.**, Attn: Ben Carlsen, 1564 Northeast Expressway, Atlanta, GA 30329

3. **Aetna Inc. and Affiliates,** Attn: David Scott, 1425 Union Meeting Rd (U23S), Blue Bell, PA 19422, Phone: 215-775-3057, Fax: 860-607-7163

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ *Linda Richenderfer* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 8, 2019

Attorney assigned to this Case: Jane Leamy, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Derek Abbott, Esq., Phone: 302-658-9200, Fax: 302-658-3989