**<u>Exhibit C</u>**

**Zucker Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THG Holdings LLC, *et al.*, | Case No. 19-11689 (JTD) |
| Debtors.[1] | Jointly Administered |

**DECLARATION OF CLIFFORD A. ZUCKER
IN SUPPORT OF DEBTORS' APPLICATION TO (I) EMPLOY AND
RETAIN FTI CONSULTING, INC. AND (II) DESIGNATE CLIFFORD A. ZUCKER AS
CHIEF RESTRUCTURING OFFICER *NUNC PRO TUNC* TO THE PETITION DATE**

I, Clifford A. Zucker, make this declaration (the "Declaration") pursuant to 28 U.S.C. § 1746, and state:

1.      I am a Senior Managing Director of FTI Consulting, Inc. ("FTI"), which has a place of business at 3 Times Square, 9th Fl., New York, NY 10036.

2.      I am duly authorized to submit the Declaration on behalf of FTI in support of the *Debtors' Application to (I) Employ and Retain FTI Consulting, Inc. and (II) Designate Clifford A. Zucker as Chief Restructuring Officer Nunc Pro Tunc to the Petition Date* (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

**FTI's Qualifications**

3.      The professionals that will work on this matter (the "FTI Professionals") have a wealth of experience in providing financial advisory and interim management services, and FTI

---

[1]      The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

enjoys an excellent reputation for services it has rendered in chapter 11 cases on behalf of debtors and creditors throughout the United States.

4.    FTI Professionals have advised management, senior lenders, and unsecured creditors in several significant restructurings and turnarounds in recent years, including *Promise Healthcare Group*, *Northwest Airlines*, *American Home Mortgage*, *Bombay Company*, *Calpine*, *Global Power*, *Tower Automotive*, *Winn Dixie*, *Refco*, *Dana Corporation*, *Bally Total Fitness*, *Circuit City*, *Delphi*, *Flying J / Big West Oil*, *Fremont Investment & Loan*, *Gottschalks*, *Hawaiian Telecom*, *Intermet*, *Lehman Brothers*, *LyondellBassell, Townsends, Inc.*, *Tribune Company*, *Nortel Networks*, *Washington Mutual*, and *WCI Communities*.    FTI has a wealth of experience in providing restructuring and financial advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.    Within the industry, FTI has advised various constituents in healthcare matters including *Promise Healthcare Group*, *Adeptus Health, Inc.*, *Parkview Community Hospital Medical Center*, *Forest Park Medical Center*, *Valley Health System*, and *Centra*.

5.    I have over 30 years of experience in restructuring maters, representing companies, receivers, examiners, court-appointed trustees and unsecured and secured creditors across diverse industries. In particular, he has developed extensive expertise in the healthcare industry, working to restructure and transform hospitals, nursing homes, senior living facilities and physician practices.

6.    If the Application is approved, the FTI Professionals, each with substantial expertise in the areas discussed above, will provide services to the Debtors. Such personnel will work closely with the Debtors' management and other professionals throughout the Chapter 11

Cases. By virtue of the expertise of its personnel, FTI is well qualified to provide services to the Debtors and represent the Debtors' interests in these Chapter 11 Cases.

### Services to be Rendered

7.     On July 11, 2019, the Debtors and FTI entered into the Engagement Letter, which governs the relationship between them.  The terms and conditions of the Engagement Letter were negotiated between the Debtors and FTI and reflect the parties' mutual agreement as to the substantial efforts that will be required under this engagement.

8.     In connection with the engagement, I will be the CRO, and, upon mutual agreement of FTI and the Debtors, FTI will provide the FTI Professionals to assist me in the execution of my duties, as follows:[3]

   (a)    certain liquidity forecasting services, including evaluating the Debtors' current liquidity position and expected future cash flows, assisting with the management and control of cash disbursements, advising the Debtors on cash conservation measures and assisting with implementation of cash forecasting and reporting tools as requested, assisting with the preparation and negotiation of the Debtors' postpetition financing budgets and related documents, and managing liquidity during these Chapter 11 Cases;

   (b)    certain restructuring and other advisory services, including assessing potential EBITDA and net cash flows, analyzing long term capital needs, assisting with working capital management, participating in the development of strategies to negotiate with key stakeholders; assisting the Debtors in developing strategies related to customers, vendors and other constituents, assisting the Debtors and other advisors in developing strategy relating to existing and prospective capital providers in conjunction with a sale transaction or restructuring, and assisting with sizing any DIP financing requirements, and presenting cash flows and other diligence information to potential lenders;

   (c)    certain asset sale services, including assisting with data collection and information gathering related to third party due diligence, and advising and assisting the Debtors and other professionals in developing, negotiating, and executing chapter 11 strategy, Section 363 sales or other potential sales of the Debtors' assets;

---

[3]    Any description of the terms of the Engagement Letter contained in the Application is provided for convenience purposes only. In the event of any inconsistency between the Application and the Engagement Letter, the Engagement Letter shall control.

(d)    certain chapter 11 planning and execution services, including assisting the Debtors' personnel with the communications and negotiations with various stakeholders, advising and assisting the Debtors in compilation and preparation of financial information, statements, schedules, and monthly operating reports necessary due to requirements of the Court and/or Officer of the United States Trustee, assisting the Debtors in the formulation of a chapter 11 plan and the preparation of the corresponding disclosure statement, assisting the Debtors in the preparation of a liquidation valuation for a reorganization plan and/or negotiation purposes; assisting the Debtors in managing and executing the reconciliation process involving claims filed during these Chapter 11 Cases, and providing testimony in these Chapter 11 Cases as necessary; and

(e)    certain other accounting and financial services, as requested by the Debtors and which are not duplicative of services provided by other professionals.

### Terms of Retention

9.    FTI's decision to accept this engagement is conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment, compensated for its services, and reimbursed for the out-of-pocket expenses it incurs in accordance with its customary billing practices, as set forth in the Engagement Letter.

10.    My standard hourly rates and the other FTI Professionals working on this matter are as follows:

| Name | Title | Hourly Rate |
| --- | --- | --- |
| Clifford A. Zucker | Senior Managing Director / CRO | $960 |
| Jennifer Byrne | Managing Director | $840 |
| Blake Lueder | Consultant | $390 |

11.    FTI's standard hourly rates, subject to adjustment annually are as follows:

| Title | Hourly Rate |
|-------|-------------|
| Senior Managing Directors / CRO | $895 – 1,195 |
| Directors / Senior Directors / Managing Directors | $670 – 880 |
| Consultants / Senior Consultants | $355 – 640 |
| Administrative / Paraprofessionals | $145 – 277 |

12.    FTI's staffing (other than my own) may be amended from time to time to add or delete staff and be subject to the above rates.

13.    In addition to payment of hourly rates, the Debtors will reimburse FTI for its reasonable out-of-pocket expenses incurred in connection with the engagement, such as travel, lodging, duplicating, messenger and telephone charges.

14.    Upon approval of the Application, FTI will not be employed as a professional under section 327 of the Bankruptcy Code, and it will not submit fee applications pursuant to Bankruptcy Code sections 330 and 331.  FTI will, however, file reports of compensation earned and expenses incurred on a monthly basis ("Compensation Reports"), and provide notice of the same to the U.S. Trustee and counsel to the Committee (the "Notice Parties").  Compensation Reports will summarize the services provided, and identify the compensation earned and expenses incurred by FTI Personnel.  Time records will (a) be attached to the Compensation Reports, (b) contain detailed time entries describing the task(s) performed and (c) be organized by project category.  The Notice Parties will have 21 days after the date each Compensation Report is served upon them to object. Such compensation and expenses will be subject to Court review in the event an objection is filed.

15.    The Debtors and FTI agreed to an initial $150,000 retainer (the "Retainer"), which was paid on July 11, 2019.  An additional $100,000 was paid as a retainer refresh on July 29, 2019 and a portion of the retainer balance was applied to the final pre-petition invoice, leaving a retainer

balance of $153,064.46.  The Retainer will be held by FTI as a retainer to be credited against any amounts due at the termination of the engagement with the Debtors and returned upon the satisfaction of all obligations under the Engagement Letter.

16.     According to the Debtors' books and records, during the 90-day period prior to the Petition Date, payments received from the Debtors is as follows:

| Invoice Date | Dates of Service | Invoice Amount | Payment Date | Payment Amount | Retainer Balance |
|---|---|---|---|---|---|
| 7/11/2019 | RETAINER | $150,000.00 | 7/11/2019 | $150,000.00 | $150,000.00 |
| 7/26/2019 | 7/11/19 through 7/24/19 | $150,000.00 | 7/26/2019 | $150,000.00 | $150,000.00 |
| 7/29/2019 | RETAINER | $100,000.00 | 7/29/2019 | $100,000.00 | $250,000.00 |
| 8/8/2019 | 7/24/19 through 7/29/19 | $96,935.54 | RETAINER APPLIED | $96,935.54 | $153,064.46 |

17.     I believe that the compensation structure described above and set forth in the Engagement Letter is comparable to compensation generally charged for similar chapter 11 engagements.  Furthermore, I believe that the compensation structure is consistent with FTI's normal and customary billing practices for cases of comparable size and complexity that require the level and scope of services to be provided in these Chapter 11 Cases.

**No Duplication of Services**

18.     I believe that FTI's services will complement, and not duplicate, the services rendered by other professionals retained in these Chapter 11 Cases.

**FTI's Disinterestedness**

19.     In the ordinary course of its business, FTI maintains a database for purposes of performing "conflicts checks."  The database contains information regarding its present and past representations and transactions.

20.     Specifically, I obtained from the Debtors and/or its representatives the names of individuals and entities that may be parties-in-interest in these Chapter 11 Cases (the "Potential Parties in Interest").  Such parties are listed on **Schedule 1**, annexed hereto.

21.     FTI's review, completed under my supervision, consisted of a query of the Schedule 1 parties (collectively, the "Potential Parties in Interest") within an internal computer database containing names of individuals and entities that are present or recent former clients of FTI (within a 2-year time frame).   From the internal search, FTI has determined that the relationships on Schedule 2 should be disclosed.

22.     Based on my review, FTI represents that, to the best of its knowledge, FTI knows of no fact or situation that would represent a conflict of interest for FTI with regard to the Debtors.

23.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, and except as set forth herein, neither I nor any member of the FTI Professionals (a) have any connection with the U.S. Trustee, or any employee in the Office of the U.S. Trustee, or (b) are related or connected to any United States Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases, except as otherwise set forth herein.

24.     To the best of my knowledge, none of the FTI Professionals is a direct holder of any of the Debtors' securities.  It is possible that FTI Professionals or certain of FTI or FTI's employees, managing partners, board members, equity holders, or an affiliate of any of the foregoing, may own interests in mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties in interests' debt or equity securities or other financial instruments including bank loans and other obligations.  Typically, the holders of such interests have no control over investment decisions related to such investment funds or financial instruments.  FTI's policy prohibits its employees from personally trading in the Debtors' securities.

25.     To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, except as set forth herein, FTI has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these Chapter 11 Cases.  FTI will continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or other parties in interest in these Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, the Chapter 11 Cases or the Debtors.

26.     Certain of FTI's employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing may have financial accounts or insurance relationships with a potential party in interest.

27.     In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor FTI have entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these Chapter 11 Cases (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by the Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with the Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code.

28.     Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, neither FTI nor I, nor any employee of FTI who will work on the engagement holds or represents any interest adverse to the Debtors or their estates.

29.    If FTI discovers additional information that requires disclosure, FTI will promptly file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014. FTI reserves the right to supplement this Declaration in the event that FTI discovers any facts bearing on matters described in this Declaration regarding FTI's employment by the Debtors.

[*Signature Page Follows*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 8, 2019

FTI Consulting, Inc.

By: */s/ Clifford A. Zucker*

Clifford A. Zucker
Senior Managing Director

## SCHEDULE 1

**Potential Parties in Interest**

**Schedule 1**
**SCHEDULE OF INTERESTED PARTIES**

*Debtors*
THG Holdings LLC
True Health Group LLC
True Health Diagnostics LLC
Outreach Management Solutions LLC
True Health Clinical LLC
Health Core Financial LLC
True Health IP LLC

*Top 30 Creditors by AP*
HOULIHAN LOKEY CAPITAL INC
Roche Diagnostics Corporation
Diazyme
Perkins Coie LLP
City of Richmond
Beckman Coulter
FEDEX
MINTZ LEVIN LLP
LS BIOTECH EIGHT LLC
Numares AG
KING AND SPALDING
Phadia US Inc
PROSKAUER ROSE LLC
MCDERMOTT WILL & EMERY LLP
US HealthTek Inc
Numares Group
MCKESSON MEDICAL-SURGICAL
GRANT THORNTON
Abbott Laboratories
DLA PIPER LLP
CONSILIO LLC
GPA
DELL FINANCIAL SERVICES LLC
Randox Laboratories
SALES PERFORMANCE INTERNTATIONAL
KIRKLAND & ELLIS LLF
EPSTEIN BECKER GREEN PC
Mercodia Inc
DELOITTE TAX LLP
Ellkay LLC
BDO USA LLP
Bio-Rad Laboritories Inc
Remi Holdings LLC
Kronus Inc
KORN FERRY US
BIOFIRE DIAGNOSTICS LLC
World Wide Medical Products Inc
BELL AND HOWELL LLC
Peak 10 Baymountain Inc
WILLIAM C  MCMURREY P C

*Top Litigation Parties*
Houlihan Lokey
US DEPT HEALTH & HUMAN SERVICES: CENTERS FOR MEDICARE & MEDICAID
United States Department of Justice
Cheryl Wiltshire
US HealthTek
Vicki Swartzell

*Senior Lenders*
Monroe Capital
Silver Point Capital

*Subordinated Lenders*
Riverside Capital
Monroe Capital
Silver Point Capital

*Debtor Counsel*
Perkins Coie LLP
Morris Nichols Arsht & Tunnell

*Lender Counsel*
Proskauer Rose, LLC

*Subordinated Counsel*
Venable LLP

**Schedule 1**
**SCHEDULE OF INTERESTED PARTIES**

*Delaware Judges and US Trustees*
Chief Judge Brendan L. Shannon
Judge Kevin J. Carey
Judge Kevin Gross
Judge Laurie Selber Silverstein
Judge Christopher S. Sontchi
Judge Mary F. Walrath
T. Patrick Tinker
David Buchbinder
Linda Casey
Timothy J. Fox, Jr.
Benjamin Hackman
Brya Keilson
Mark Kenney
Jane Leamy
Hannah M. McCollum
Juliet Sarkessian
Richard Schepacarter
Jaclyn Weissgerber
John T. Dorsey
Karen B. Owens

*Equity Holders*
Alba Durata, LLC - RETIRED
Alexandra and Kyle Nettesheim as Joint Tenants with Right of Survivorship
Ancelmo E. Lopes
Bruce A. Zivian - RETIRED
Carol A. Nellis and Kevin M. Nellis as Joint Tenants with Right of Survivorship
Christopher W. Kling, MD - RETIRED
CLG Investments
Covert Investment Operations, LLC (Larry Rick Covert)
Daniel G. Grottenthaler and Anita Grottenthaler as Joint Tenants with Right of Survivorship
Edward M. McCann - RETIRED
Jacob John Novak - RETIRED
Karen A. Miller
LCG Ventures, LLC
LCG Ventures II, LLC
Mark T. Smith
Matthew Gary Milburn
Melinda LeeAnn Milburn
Michael Clements
Michael Osterhoff
Robert J. Osterhoff - RETIRED
RJ Investments Co.
Ryan M Nellis
Tim Hickey - RETIRED
Tom D. Wippman Revocable Trust U/A/D 6/2/2010
True Health Diagnostic Management, LLC
RSCF I Blocker True Health, LLC
RSCF I-A Blocker True Health LLC
Phoenix Life Insurance Company - MA
PHL Variable Insurance Company - MA
MB PE V THG LLC
FIO THG LLC
MSF PEF THG LLC
Michael Osterhoff (4/1/2015)
Tom D. Wippman Revocable Trust U/A/D 6/2/2010
Richard Covert (10/30/2015)
Fernando De Leon (8/28/2015)
Fernando De Leon (10/30/2015)
Patrick Young (7/1/2017)
Christian W. Richards (CFO) (4/1/2015)
Blake Whitaker (1/1/2017) - RETIRED
Gary Smith (1/1/2017)
Christopher Grottenthaler
RIVERSIDE STRATEGIC CAPITAL FUND I-A LP
RIVERSIDE STRATEGIC CAPITAL FUND I LP
MONROE CAPITAL MANAGEMENT ADVISORS
SILVER POINT FINANCE LLC

*Investors*
ALEXANDRA NETTESHEIM
ANCELMO LOPES
CLG INVESTMENTS LLC
COVERT INVESTMENT OPERATIONS LLC
DANA MORGAN HOVIND

**Schedule 1**
**SCHEDULE OF INTERESTED PARTIES**

DANIEL GROTTENTHALER
FERNANDO DE LEON
FOUNDATION INVESTMENTS OF OHIO LTD
KAREN MILLER
LCG VENTURES II LLC
LCG VENTURES LLC
MANBRO PE V LLC
MATTHEW MILBURN
MELINDA MILBURN
MICHAEL CLEMENTS
MSF PRIVATE EQUITY FUND LLC
PATRICK YOUNG
PHL VARIABLE INSURANCE COMPANY
PHOENIX LIFE INSURANCE COMPANY
RICK COVERT
RIVERSIDE STRATEGIC CAPTIAL FUND I-A LP
RIVERSIDE STRATEGIC CAPTION FUND I LP
RJ INVESTMENTS LLC
RYAN NELLIS
TIMOTHY TATAROWICZ
TOM DAVID WIPPMAN RECOVABLE TRUST

*Current Officers/Directors*
Christian Richards
Gary Smith
Christopher Grottenthaler
Michael Osterhoff

*Insurance Providers*
Berkley National Insurance Company
Scottsdale Indemnity Company
Allied World Specialty Insurance Company
Wesco Insurance Company
Navigators Insurance Company
Capital Specialty Insurance Corporation
Philadelphia Indemnity Insurance Company
Lloyd's Syndicate #2623-623

*Utility Providers*
DirecTV
Verizon Wireless
Stericycle Inc
Veolia ES Technical Solutions Llc
Republic Services #620
Level 3 Communications LLC

*Debtor's Professionals*
SSG Capital Advisors
Epiq
BDO USA LLP

*Landlords*
LS Biotech
Orangestar Frisco I LLC

*Regulatory Agencies*
CA Department of Public Health
Colorado Department of Labor and Employment
Alabama Dept of Labor
Arizona Corporation Commission
DEPARTMENT OF LABOR AND INDUSTRIES
Agency for Healthcare Administration
Defense Health Agency
Delaware Department of Labor
DELAWARE EMPLOYMENT TRAINING FUND
Department of Environmental Quality
Department of Medical Assistance Services
DEPARTMENT OF WORKFORCE DEVELOPEMENT
Employment Security Division
INDIANA PROFESSIONAL LICENSING AGENCY
MD DEPT OF HEALTH AND MENTAL HYGIENE
NEW MEXICO  DEPARTMENT OF WORKFORCE SOLUTIONS
New York State Department of Health
Ohio Bureau of Workers Compensation

**Schedule 1**
**SCHEDULE OF INTERESTED PARTIES**

Tennessee Department of Labor and Workforce Development
United States Department of Justice
US DEPT HEALTH & HUMAN SERVICES: CENTERS FOR MEDICARE & MEDICAID
UTAH DEPARTMENT OF WORKFORCE SERVICE

**Taxing Authorities**
Alabama Dept of Revenue
ALABAMA SECRETARY OF STATE
ARIZONA DEPARTMENT OF REVENUE
ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION
Arkansas Secretary of State
City of Lone Tree
CITY OF PORTLAND
City of Richmond
CITY OF RICHMOND
COLORADO DEPARTMENT OF REVENUE
COMMONWEALTH OF PENNSYLVANIA
COMPTROLLER OF MARYLAND
CONNECTICUT DEPARTMENT OF REVENUE
CONNECTICUT SECRETARY OF THE STATE
Consumers' Compensating Use Tax
CT COMMISSIONER OF REVENUE SERVICES
DC Treasurer
DELAWARE DIVISION OF REVENUE
DELAWARE SECRETARY OF STATE
DELAWARE SECRETARY OF STATE
DEPARTMENT OF TREASURY
Florida Department of Revenue
FRANCHISE TAX BOARD
General Treasurer, State of Rhode Island
GEORGIA COMPOSITE MEDICAL BOARD
GEORGIA DEPARTMENT OF REVENUE
Georgia Department of Revenue
GREER COUNTY TREASURER
HOUSTON COUNTY APPRAISAL DISTRICT
HOUSTON COUNTY TAX OFFICE
IDAHO STATE TAX COMMISSION
Illinois Department of Revenue
ILLINOIS DEPARTMENT OF REVENUE
ILLINOIS SECRETARY OF STATE
INDIANA DEPARTMENT OF REVENUE
INDIANA SECRETARY OF STATE
JACK COUNTY
JACK COUNTY APPRAISAL DISTRICT
JONES COUNTY APPRAISAL DISTRICT
Kansas  Office  of the  Secretary Of State
Kansas Department of Revenue
KANSAS INCOME TAX
KANSAS SECRETARY OF STATE
Kentucky State Treasurer
LOUISIANA DEPARTMENT OF REVENUE
LOUISIANA DEPARTMENT OF REVENUE
Maryland Secretary of State
MASSACHUSETTS DEPARTMENT OF REVENUE
MICHIGAN DEPARTMENT OF REVENUE
MINNESOTA REVENUE
Minnesota Unemployment Insurance
Mississippi Dept. of Revenue
MISSOURI DEPARTMENT OF REVENUE
Missouri Department of Revenue
NEBRASKA DEPARTMENT OF REVENUE
NEVADA SECRETARY OF STATE
NEW HAMPSHIRE DEPT OF REVENUE
NEW JERSEY DEPARTMENT OF THE TREASURY
NEW JERSEY DEPARTMENT OF TREASURY
New Mexico Secretary of State
NEW MEXICO TAXATION AND REVENUE DEPARTMENT
NORTH CAROLINA DEPARTMENT OF REVENUE
North Carolina Secretary of State
NORTH CAROLINA SECRETARY OF STATE
Office of the Secretary of the State
Ohio Secretary of State
OHIO TREASURER OF STATE
Oklahoma Secretary Of State
OKLAHOMA TAX COMMISSION

**Schedule 1**
**SCHEDULE OF INTERESTED PARTIES**

OKLAHOMA TAX COMMISSION
OREGON DEPARTMENT OF REVENUE
OREGON SECRETARY OF STATE
PA DEPARTMENT OF REVENUE
RICHMOND GENERAL DISRICT COURT
SC Department of Revenue
Secretary of State
Secretary Of State of California
Secretary of State, Corporations Division
SHERRY MUECK TAX ASSESSOR/COLLECTOR
SOUTH CAROLINA SECRETARY OF STATE
SOUTH CAROLINA SECRETARY OF STATE
STATE COMPTROLLER
State Corporation Commission (VA)
STATE OF ARKANSAS
STATE OF CONNECTICUT
State of Delaware
STATE OF GEORGIA
State of Michigan
State of Missouri
STATE OF NEW JERSEY
State of New Mexico
State of North Dakota
State Of South Carolina Secretary of State
STATE OF UTAH
State of Utah Department of Commerce
State of Washington
TAX ASSSOR COLLECTOR COLLIN CO
TENESSEE DEPARTMENT OF REVENUE
Tennessee Secretary Of State
Texas Comptroller of Public Accounts
TEXAS SECRETARY OF STATE
TEXAS SECRETARY OF STATE
TEXAS STATE COMPTROLLER
TEXAS STATE COMPTROLLER
Texas State Comptroller
THE COMMONWEALTH OF MASSACHUSETTS
TREASURER COMMONWEATH OF VA
TREASURER STATE OF IOWA
TREASURER STATE OF IOWA
UNITED STATES TREASURY
UTAH STATE TAX COMMISSION
VIRGINIA ALCOHOLIC BEVERAGE CONTROL AUTHORITY
Virginia Department of Taxation
VIRGINIA DEPARTMENT OF TAXATION
Washington State. Dept. of Labor & Industries
Wisconsin Department of Revenue

## SCHEDULE 2

**Schedule 2**
**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY**
**OR HAVE FORMERLY EMPLOYED FTI**

| INTERESTED PARTY OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| THG Holdings LLC | Debtor | THG Holdings LLC is a current client and is subject to this retention application. |
| True Health Group LLC | Debtor | True Health Group LLC is a current client and is subject to this retention application. |
| True Health Diagnostics LLC | Debtor | True Health Diagnostics LLC is a current client and is subject to this retention application. |
| Outreach Management Solutions LLC | Debtor | Outreach Management Solutions LLC is a current client and is subject to this retention application. |
| True Health Clinical LLC | Debtor | True Health Clinical LLC is a current client and is subject to this retention application. |
| Health Core Financial LLC | Debtor | Health Core Financial LLC is a current client and is subject to this retention application. |
| True Health IP LLC | Debtor | True Health IP LLC is a current client and is subject to this retention application. |
| Houlihan Lokey | Top Litigation Parties | Houlihan Lokey is a current client in matters unrelated to the Debtors. |
| US DEPT HEALTH & HUMAN SERVICES: CENTERS FOR MEDICARE & MEDICAID | Top Litigation Parties | US DEPT HEALTH & HUMAN SERVICES: CENTERS FOR MEDICARE & MEDICAID is a current client in matters unrelated to the Debtors. |
| United States Department of Justice | Top Litigation Parties | United States Department of Justice is a current client in matters unrelated to the Debtors. |
| HOULIHAN LOKEY CAPITAL | Top 30 Creditors by AP | HOULIHAN LOKEY CAPITAL is a current client in matters unrelated to the Debtors. |
| Roche Diagnostics | Top 30 Creditors by AP | Roche Diagnostics is a current client in matters unrelated to the Debtors. |
| Perkins Coie | Top 30 Creditors by AP | Perkins Coie is a current client in matters unrelated to the Debtors. |
| Beckman Coulter | Top 30 Creditors by AP | Beckman Coulter is a current client in matters unrelated to the Debtors. |
| FEDEX | Top 30 Creditors by AP | FEDEX is a current client in matters unrelated to the Debtors. |
| MINTZ LEVIN | Top 30 Creditors by AP | MINTZ LEVIN is a current client in matters unrelated to the Debtors. |
| KING AND SPALDING | Top 30 Creditors by AP | KING AND SPALDING is a current client in matters unrelated to the Debtors. |

**Schedule 2**
**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY**
**OR HAVE FORMERLY EMPLOYED FTI**

| INTERESTED PARTY OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| PROSKAUER ROSE | Top 30 Creditors by AP | PROSKAUER ROSE is a current client in matters unrelated to the Debtors. |
| MCDERMOTT WILL & EMERY | Top 30 Creditors by AP | MCDERMOTT WILL & EMERY is a current client in matters unrelated to the Debtors. |
| MCKESSON MEDICAL-SURGICAL | Top 30 Creditors by AP | MCKESSON MEDICAL-SURGICAL is a current client in matters unrelated to the Debtors. |
| GRANT THORNTON | Top 30 Creditors by AP | GRANT THORNTON is a current client in matters unrelated to the Debtors. |
| Abbott Laboratories | Top 30 Creditors by AP | Abbott Laboratories is a current client in matters unrelated to the Debtors. |
| DLA PIPER | Top 30 Creditors by AP | DLA PIPER is a current client in matters unrelated to the Debtors. |
| KIRKLAND & ELLIS | Top 30 Creditors by AP | KIRKLAND & ELLIS is a current client in matters unrelated to the Debtors. |
| EPSTEIN BECKER GREEN | Top 30 Creditors by AP | EPSTEIN BECKER GREEN is a current client in matters unrelated to the Debtors. |
| BDO USA | Top 30 Creditors by AP | BDO USA is a current client in matters unrelated to the Debtors. |
| Bio-Rad Laboratories | Top 30 Creditors by AP | Bio-Rad Laboratories is a current client in matters unrelated to the Debtors. |
| KORN FERRY | Top 30 Creditors by AP | KORN FERRY is a current client in matters unrelated to the Debtors. |
| Morris Nichols Arsht & Tunnell | Debtor Counsel | Morris Nichols Arsht & Tunnell is a current client in matters unrelated to the Debtors. |
| Navigators Insurance Company | Insurance Providers | Navigators Insurance Company is a current client in matters unrelated to the Debtors. |
| Silver Point Capital | Senior Lender | Silver Point Capital is a current client in matters unrelated to the Debtors. |
| Silver Point Capital | Subordinated Lenders | Silver Point Capital is a current client in matters unrelated to the Debtors. |
| Proskauer Rose | Lender Counsel | Proskauer Rose is a current client in matters unrelated to the Debtors. |
| Venable | Subordinated Counsel | Venable is a current client in matters unrelated to the Debtors. |

**Schedule 2**
**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY**
**OR HAVE FORMERLY EMPLOYED FTI**

| INTERESTED PARTY OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Richard Covert | Class B equity holders | Richard Covert is a current client in matters unrelated to the Debtors. |
| DirecTV | Utility Providers | DirecTV is a current client in matters unrelated to the Debtors. |
| Verizon Wireless | Utility Providers | Verizon Wireless is a current client in matters unrelated to the Debtors. |
| Stericycle | Utility Providers | Stericycle is a current client in matters unrelated to the Debtors. |
| Republic Services | Utility Providers | Republic Services is a current client in matters unrelated to the Debtors. |
| DEPARTMENT OF TREASURY | Taxing Authorities | DEPARTMENT OF TREASURY is a current client in matters unrelated to the Debtors. |
| Florida Department of Revenue | Taxing Authorities | Florida Department of Revenue is a current client in matters unrelated to the Debtors. |
| Kentucky State Treasurer | Taxing Authorities | Kentucky State Treasurer is a current client in matters unrelated to the Debtors. |
| Missouri Department of Revenue | Taxing Authorities | Missouri Department of Revenue is a current client in matters unrelated to the Debtors. |
| State of North Dakota | Taxing Authorities | State of North Dakota is a current client in matters unrelated to the Debtors. |
| State of Washington | Taxing Authorities | State of Washington is a current client in matters unrelated to the Debtors. |
| DELL FINANCIAL SERVICES | Top 30 Creditors by AP | DELL FINANCIAL SERVICES is a former client of the firm (within the last 2 years). |
| Monroe Capital | Senior Lender | Monroe Capital is a former client of the firm (within the last 2 years). |
| Monroe Capital | Subordinated Lender | Monroe Capital is a former client of the firm (within the last 2 years). |
| Level 3 Communications | Utility Providers | Level 3 Communications is a former client of the firm (within the last 2 years). |
| Epiq | Debtor's Professional | Epiq is a former client of the firm (within the last 2 years). |
| ARIZONA DEPARTMENT OF REVENUE | Taxing Authorities | ARIZONA DEPARTMENT OF REVENUE is a former client of the firm (within the last 2 years). |

**Schedule 2**
**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY**
**OR HAVE FORMERLY EMPLOYED FTI**

| INTERESTED PARTY OR AFFILIATE | RELATIONSHIP TO DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | Taxing Authorities | COMMONWEALTH OF PENNSYLVANIA is a former client of the firm (within the last 2 years). |
| Georgia Department of Revenue | Taxing Authorities | Georgia Department of Revenue is a former client of the firm (within the last 2 years). |
| INDIANA DEPARTMENT OF REVENUE | Taxing Authorities | INDIANA DEPARTMENT OF REVENUE is a former client of the firm (within the last 2 years). |
| LOUISIANA DEPARTMENT OF REVENUE | Taxing Authorities | LOUISIANA DEPARTMENT OF REVENUE is a former client of the firm (within the last 2 years). |
| State of Delaware | Taxing Authorities | State of Delaware is a former client of the firm (within the last 2 years). |
| STATE OF GEORGIA | Taxing Authorities | STATE OF GEORGIA is a former client of the firm (within the last 2 years). |