**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| THG Holdings LLC, *et al.*, | Case No. 19-11689 (JTD) |
| Debtors.[1] | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 22, 2019 AT 9:30 A.M. (ET)

<u>MATTERS WITH CERTIFICATES OF NO OBJECTION</u>

1.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts, Account Control Agreements, and Payment Methods, (III) Authorizing Use of Existing Business Forms, (IV) Authorizing Continuation of Ordinary Course Intercompany Transactions, (V) Granting Administrative Priority to Postpetition Intercompany Claims, (VI) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief (D.I. 7, Filed 7/30/19).

>       <u>Objection Deadline</u>:  August 15, 2019 at 4:00 p.m. (ET).

>       <u>Responses Received</u>:  None.

>       <u>Related Pleadings</u>:

>>      a)      Interim Order (I) Authorizing Continued Use of Cash Management System, (II) Authorizing use of Prepetition Bank Accounts, Account Control Agreements, and Payment Methods, (III) Authorizing use of Existing Business Forms, (IV) Authorizing Continuation of Ordinary Course Intercompany Transactions, (V) Granting Administrative Priority to Postpetition Intercompany Claims, (VI) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief (D.I. 46, Entered 7/31/19).

---

[1]      The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

b)      Notice of Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Authorizing use of Prepetition Bank Accounts, Account Control Agreements, and Payment Methods, (III) Authorizing use of Existing Business Forms, (IV) Authorizing Continuation of Ordinary Course Intercompany Transactions, (V) Granting Administrative Priority to Postpetition Intercompany Claims, (VI) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief (D.I. 61, Filed 8/1/19).

c)      Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Authorizing Use of Prepetition Bank Accounts, Account Control Agreements, and Payment Methods, (III) Authorizing Use of Existing Business Forms, (IV) Authorizing Continuation of Ordinary Course Intercompany Transactions, (V) Granting Administrative Priority to Postpetition Intercompany Claims, (VI) Extending Time to Comply with the Requirements of 11 U.S.C. § 345(b), (VII) Scheduling a Final Hearing, and (VIII) Granting Related Relief (D.I. 142, Filed 8/19/19).

Status:  A Certificate of No Objection has been filed.  No hearing on this matter is necessary unless the Court directs otherwise.

2.      Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Maintain, Administer, Modify, and Renew Their Refund Programs and Practices and (II) Honor Obligations Related Thereto (D.I. 9, Filed 7/30/19).

Objection Deadline:  August 15, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)      Interim Order Authorizing the Debtors to (I) Maintain, Administer, Modify, and Renew Their Refund Programs and Practices and (II) Honor Obligations Related Thereto (D.I. 51, Entered 7/31/19).

b)      Notice of Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Maintain, Administer, Modify, and Renew Their Refund Programs and Practices and (II) Honor Obligations Related Thereto (D.I. 63, Filed 8/1/19).

c)      Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Maintain,

Administer, Modify, and Renew Their Refund Programs and Practices and (II) Honor Obligations Related Thereto (D.I. 152, Filed 8/20/19).

Status:  A Certificate of No Objection has been filed.  No hearing on this matter is necessary unless the Court directs otherwise.

3.      Debtors' Motion Pursuant to Sections 105(a), 363(b), 363(c) and 1107(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004(h) for Interim and Final Orders Authorizing Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, (C) Renew, Revise, Extend, Supplement, Change or Enter into New Insurance Coverage and Insurance Premium Financing as Needed in Their Business Judgment and (D) Continue to Honor Insurance Premium Financing Obligations (D.I. 10, Filed 7/30/19).

Objection Deadline:  August 15, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

    a)      Interim Order Authorizing Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, (C) Renew, Revise, Extend, Supplement, Change or Enter Into New Insurance Coverage and Insurance Premium Financing as Needed in Their Business Judgment and (D) Continue to Honor Insurance Premium Financing Obligations (D.I. 47, Entered 7/31/19).

    b)      Notice of Hearing Regarding Debtors' Motion Pursuant to Sections 105(a), 363(b), 363(c) and 1107(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004(h) for Interim and Final Orders Authorizing Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, (C) Renew, Revise, Extend, Supplement, Change or Enter Into New Insurance Coverage and Insurance Premium Financing as Needed in Their Business Judgment and (D) Continue to Honor Insurance Premium Financing Obligations (D.I. 64, Filed 8/1/19).

    c)      Certificate of No Objection Regarding Debtors' Motion Pursuant to Sections 105(a), 363(b), 363(c) and 1107(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004(h) for Interim and Final Orders Authorizing Debtors to (A) Continue Insurance Policies and Agreements Relating Thereto, (B) Honor Certain Prepetition Obligations in Respect Thereof, (C) Renew, Revise, Extend, Supplement, Change or Enter into New Insurance Coverage and Insurance Premium Financing as Needed in Their Business Judgment and (D) Continue to Honor Insurance Premium Financing Obligations (D.I. 143, Filed 8/19/19).

Status:  A Certificate of No Objection has been filed.  No hearing on this matter is necessary unless the Court directs otherwise.

4.      Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Utility Services, (II) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtors to Provide Additional Assurance, (III) Establishing Procedures to Resolve Requests for Additional Assurance and (IV) Granting Related Relief (D.I. 11, Filed 7/30/19).

Objection Deadline:  August 15, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

        a)      Interim Order (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Services, (II) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtors to Provide Additional Assurance, (III) Establishing Procedures to Resolve Requests for Additional Assurance and (IV) Granting Related Relief (D.I. 48, Entered 7/31/19).

        b)      Notice Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Services, (II) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtors to Provide Additional Assurance, (III) Establishing Procedures to Resolve Requests for Additional Assurance and (IV) Granting Related Relief (D.I. 65, Filed 8/1/19).

        c)      Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Providers From Altering, Refusing or Discontinuing Utility Services, (II) Approving Proposed Adequate Assurance of Payment to Utility Providers and Authorizing Debtors to Provide Additional Assurance, (III) Establishing Procedures to Resolve Requests for Additional Assurance and (IV) Granting Related Relief (D.I. 144, Filed 8/19/19).

Status:  A Certificate of No Objection has been filed.  No hearing on this matter is necessary unless the Court directs otherwise.

5.      Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364, 503(b)(9), 507(a), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004; and (II) Granting Related Relief (D.I. 13, Filed 7/30/19).

<u>Objection Deadline</u>:  August 15, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:

   a)   Interim Order (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364, 503(b)(9), 507(a), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004; and (II) Granting Related Relief (D.I. 50, Entered 7/31/19).

   b)   Notice of Hearing Regarding Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364, 503(b)(9), 507(a), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004; and (II) Granting Related Relief (D.I. 67, Filed 8/1/19).

   c)   Certificate of No Objection Regarding Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Claims of Certain Critical Vendors Pursuant to 11 U.S.C. §§ 105(a), 363(b), 364, 503(b)(9), 507(a), 1107(a) and 1108 and Fed. R. Bankr. P. 6003 and 6004; and (II) Granting Related Relief (D.I. 146, Filed 8/19/19).

<u>Status</u>:  A Certificate of No Objection has been filed.  No hearing on this matter is necessary unless the Court directs otherwise.

6.   Debtors' Motion for Entry of an Order Authorizing the Payment of Certain Claims of Possessory Claimants and Granting Related Relief (D.I. 14, Filed 7/30/19).

<u>Objection Deadline</u>:  August 15, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:

   a)   Interim Order Authorizing the Payment of Certain Claims of Possessory Claimants and Granting Related Relief (D.I. 54, Entered 7/31/19).

   b)   Notice Regarding Debtors' Motion for Entry of an Order Authorizing the Payment of Certain Claims of Possessory Claimants and Granting Related Relief (D.I. 68, Filed 8/1/19).

   c)   Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Payment of Certain Claims of Possessory Claimants and Granting Related Relief (D.I. 147, Filed 8/19/19).

Status: A Certificate of No Objection has been filed. No hearing on this matter is necessary unless the Court directs otherwise.

7.      Debtors' Motion for Entry of an Order Directing the Filing of Patient Information under Seal and Related Relief (D.I. 25, Filed 7/30/19).

Objection Deadline: August 15, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

      a)      Notice of Hearing Regarding Debtors' Motion for Entry of an Order Directing the Filing of Patient Information Under Seal and Related Relief (D.I. 80, Filed 8/2/19).

      b)      Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Directing the Filing of Patient Information under Seal and Related Relief (D.I. 149, Filed 8/19/19).

Status: A Certificate of No Objection has been filed. No hearing on this matter is necessary unless the Court directs otherwise.

## MATTERS GOING FORWARD

8.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Wages, Benefits and Other Compensation Obligations, (II) Authorizing Financial Institutions to Honor All Obligations Related Thereto, and (III) Granting Related Relief (D.I. 8, Filed 7/30/19).

Objection Deadline: August 15, 2019 at 4:00 p.m. (ET).

Responses Received: None.

Related Pleadings:

      a)      Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Wages, Benefits and Other Compensation Obligations, (II) Authorizing Financial Institutions to Honor all Obligations Related Thereto, and (III) Granting Related Relief (D.I. 49, Entered 7/31/19).

      b)      Notice of Hearing Regarding Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Wages, Benefits and Other Compensation Obligations, (II) Authorizing

Financial Institutions to Honor all Obligations Related Thereto, and (III) Granting Related Relief (D.I. 62, Filed 8/1/19).

c)    Supplement to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Wages, Benefits and Other Compensation Obligations, (II) Authorizing Financial Institutions to Honor All Obligations Related Thereto, and (III) Granting Related Relief (D.I. 131, Filed 8/15/19).

d)    Debtors' Motion to Shorten Notice of Supplement to Debtors' Motion For Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Wages, Benefits and Other Compensation Obligations, (II) Authorizing Financial Institutions to Honor all Obligations Related Thereto, and (III) Granting Related Relief (D.I. 132, Filed 8/15/19).

e)    Order Shortening Notice of Supplement to Debtors' Motion For Entry of an Order (I) Authorizing the Debtors to Pay Certain Prepetition Wages, Benefits and Other Compensation Obligations, (II) Authorizing Financial Institutions to Honor all Obligations Related Thereto, and (III) Granting Related Relief (D.I. 137, Entered 8/19/19).

Status:   This matter is going forward with respect to the relief requested in the Supplement.

9.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto, and (III) Granting Related Relief (D.I. 12, Filed 7/30/19).

Objection Deadline:  August 15, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

a)    Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto, and (III) Granting Related Relief (D.I. 52, Entered 7/31/19).

b)    Notice Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto, and (III) Granting Related Relief (D.I. 66, Filed 8/1/19).

      c)      Notice of Filing of Revised Final Order (1) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, (II) Authorizing Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto, and (III) Granting Related Relief (D.I. 123, Filed 8/15/19).

<u>Status</u>:  This matter is going forward.

10.      Debtors' Motion for Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 and 364, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c) (D.I. 15, Filed 7/30/19).

<u>Objection Deadline</u>:  August 15, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>:

      a)      Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (1) DIP Financing Motion and (II) DIP Bidding Procedures Motion (D.I. 127, Filed 8/15/19).

      b)      The United States of America's Limited Objection to Debtors' Motion for a Final Order (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, and (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 and 364 (D.I. 148, Filed 8/19/19).

<u>Related Pleadings</u>:

      a)      Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1). 364(c)(3), 364(d)(1), and 364(e) and (B) Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (D.I. 72, Entered 8/1/19).

      b)      Notice Regarding Debtors' Motion for Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 and 364, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c) (D.I. 75, Filed 8/1/19).

<u>Status</u>:  This matter is going forward.

11.    Debtors' Motion For (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1(A) Approving Bidding Procedures for the Sale of Substantially all Assets of the Debtors; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors' assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 16, Filed 7/30/19).

Objection Deadline:  August 15, 2019 at 4:00 p.m. (ET).

Responses Received:

    a)    Limited Objection of LS Biotech 8, LLC to Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially all Assets of the Debtors; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief; (II) An Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 125, Filed 8/15/19).

    b)    Objection of Cigna Health Corporation to Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially all Assets of the Debtors; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief; (II) An Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 128, Filed 8/15/19).

   c)  Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (1) DIP Financing Motion and (II) DIP Bidding Procedures Motion (D.I. 127, Filed 8/15/19).

   d)  Objection from Geraldine Dawson (D.I. 134, Filed 8/16/19).

   e)  Informal objection from Cheri Kiesecker (Received 8/19/19).

  Related Pleadings:

   a)  Notice Regarding Debtors' Motion for (I) (A) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially all Assets of the Debtors; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 93, Filed 8/7/19).

  Status:  This matter is going forward.  The objection from Geraldine Dawson has been resolved via explanatory email communications.

12. Debtors' Motion to File Under Seal Portions of Creditor Matrix Containing Certain Individual Creditor Information (D.I. 24, Filed 7/30/19).

  Objection Deadline:  August 15, 2019 at 4:00 p.m. (ET).

  Responses Received:

   a)  United States Trustee's Objection to Debtors' Motion to File Under Seal Portions of Creditor Matrix Containing Certain Individual Creditor Information (D.I. 130, Filed 8/15/19).

  Related Pleadings:

   a)  Notice of Hearing Regarding Debtors' Motion to File Under Seal Portions of Creditor Matrix Containing Certain Individual Creditor Information (D.I. 79, Filed 8/2/19).

Status:  This matter is going forward.

13.     Motion of Cigna Health Corporation for Relief from the Automatic Stay as Necessary to Terminate Certain Ancillary Services Agreement (D.I. 96, Filed 8/8/19).

Objection Deadline:  August 15, 2019 at 4:00 p.m. (ET).

Responses Received:

      a)    Debtors' Objection to Motion of Cigna Health Corporation For Relief From the Automatic Stay as Necessary to Terminate a Certain Ancillary Services Agreement (D.I. 126; Filed 8/8/19).

Related Pleadings:

Status:  This matter is going forward.


Dated: August 20, 2019          MORRIS, NICHOLS, ARSHT & TUNNELL LLP
       Wilmington, Delaware

                    */s/ Matthew O. Talmo*
                    Derek C. Abbott (No. 3376)
                    Curtis S. Miller (No. 4583)
                    Daniel B. Butz (No. 4227)
                    Tamara K. Mann (No. 5643)
                    Matthew O. Talmo (No. 6333)
                    Paige N. Topper (No. 6470)
                    1201 N. Market Street, 16th Floor
                    P.O. Box 1347
                    Wilmington, Delaware 19899-1347
                    Telephone: (302) 658-9200
                    Facsimile: (302) 658-3989
                    dabbott@mnat.com
                    cmiller@mnat.com
                    dbutz@mnat.com
                    tmann@mnat.com
                    mtalmo@mnat.com
                    ptopper@mnat.com

                    *Proposed Counsel to the Debtors and Debtors in Possession*

13040979.1