**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THG Holdings LLC, *et al.*,<br><br>　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 19-11689 (JTD)<br><br>Jointly Administered |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 4, 2019 AT 10:00 A.M. (ET)

> **THIS HEARING HAS BEEN ADJOURNED UNTIL SEPTEMBER 6, 2019 AT 11:00 A.M. (ET) BEFORE THE HONORABLE JOHN T. DORSEY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801.**

1. Debtors' Motion for Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 and 364, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c) (D.I. 15, Filed 7/30/19).

   Objection Deadline:  August 15, 2019 at 4:00 p.m. (ET).

   Responses Received:

   a) Omnibus Objection of the Official Committee of Unsecured Creditors to the Debtors' (I) DIP Financing Motion and (II) DIP Bidding Procedures Motion (D.I. 127, Filed 8/15/19).

   b) The United States of America's Limited Objection to Debtors' Motion for a Final Order (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, and (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 and 364 (D.I. 148, Filed 8/19/19).

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

[2] **Amended items appear in bold.**

Related Pleadings:

    a)    Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1). 364(c)(3), 364(d)(1), and 364(e) and (B) Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (D.I. 72, Entered 8/1/19).

    b)    Notice Regarding Debtors' Motion for Interim and Final Orders (I) Authorizing Secured Post-Petition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 363 and 364, and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c) (D.I. 75, Filed 8/1/19).

    c)    Second Interim Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 364(c)(1). 364(c)(3), 364(d)(1), and 364(e) and (B) Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (II) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364, and (III) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (D.I. 173, Entered 8/22/19).

Status:  This matter is going forward.  The parties will provide the Court with a status update of discussions regarding a potential global resolution through a plan.

| | |
|---|---|
| Dated: September 4, 2019<br>　　　　Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/  Curtis S. Miller*　　　　　　　　　<br>Derek C. Abbott (No. 3376)<br>Curtis S. Miller (No. 4583)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@mnat.com<br>cmiller@mnat.com<br>dbutz@mnat.com<br>tmann@mnat.com<br>mtalmo@mnat.com<br>ptopper@mnat.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

13070967.1