IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THG Holdings LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 19-11689 (JTD)<br><br>Jointly Administered<br><br>**Re: D.I. 175** |

## NOTICE OF CANCELLATION OF AUCTION

**PLEASE TAKE NOTICE** that on August 22, 2019, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially All Assets of Debtors; (B) Approving Procedures for the Assumption and Assignment, Assignment of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief* [D.I. 175] (the "Bidding Procedures Order")[2] by which the Court approved procedures to conduct a sale (the "Sale") of certain assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests (other than the Assumed Liabilities) and conduct an auction (the "Auction") pursuant to section 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the Auction was scheduled for Tuesday, September 17, 2019, at 10:00 a.m. prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that, following consultation with the DIP Lenders and the Official Committee of Unsecured Creditors, **THE DEBTORS HAVE CANCELLED THE AUCTION**.[3]

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd, Suite 400, Frisco, Texas 75034.

[2] Capitalized terms that are not otherwise defined herein have the meanings given to such terms in the Bidding Procedures Order.

[3] The Debtors reserve the right to re-schedule the Auction and, if re-scheduled, will file a notice of the new auction date.

| | |
|---|---|
| Dated: September 16, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/  Matthew O. Talmo*<br>Derek C. Abbott (No. 3376)<br>Curtis S. Miller (No. 4583)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@mnat.com<br>cmiller@mnat.com<br>dbutz@mnat.com<br>tmann@mnat.com<br>mtalmo@mnat.com<br>ptopper@mnat.com<br><br>*Counsel to the Debtors and Debtors in Possession* |