# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THG Holdings LLC, *et al.*,<br><br>　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 19-11689 (JTD)<br>Jointly Administered<br><br>**Re: D.I. 175** |

### NOTICE OF SUCCESSFUL BIDDER AND FILING OF ASSET PURCHASE AGREEMENT AND PROPOSED ORDER APPROVING SALE

**PLEASE TAKE NOTICE** that on August 22, 2019, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially All Assets of Debtors; (B) Approving Procedures for the Assumption and Assignment, Assignment of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief* [D.I. 175] (the "Bidding Procedures Order")[2] by which the Court approved procedures to conduct a sale (the "Sale") of certain assets (the "Purchased Assets") free and clear of all liens, claims, encumbrances, and other interests (other than the Assumed Liabilities) and conduct an auction (the "Auction") pursuant to section 363 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, Cleveland Heartlab, Inc. (the "Purchaser"), a wholly owned subsidiary of Quest Diagnostics Incorporated, submitted a bid for the Purchased Assets by the Bid Deadline.

**PLEASE TAKE FURTHER NOTICE** that following negotiations with the Purchaser, the Debtors have agreed upon the terms of the sale of the Purchased Assets to Purchaser, and determined in consultation with the Consultation Parties that the Purchaser's bid is the highest and best bid for the Purchased Assets and designated Purchaser as the Successful Bidder for the Purchased Assets.

---

[1]　The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd, Suite 400, Frisco, Texas 75034.

[2]　Capitalized terms that are not otherwise defined herein have the meanings given to such terms in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the Debtors received no other Qualified Bids for the Purchased Assets.

**PLEASE TAKE FURTHER NOTICE** that a copy of the fully executed asset purchase agreement between the Debtors and the Purchaser is attached hereto as **Exhibit A** (the "APA").

**PLEASE TAKE FURTHER NOTICE** that the proposed form of the order approving the proposed Sale to the Purchaser is attached hereto as **Exhibit B** (the "Sale Order").

**PLEASE TAKE FURTHER NOTICE that the Debtors will seek entry of the Sale Order selling the Purchased Assets to the Purchaser pursuant to the APA at the Sale Hearing scheduled for Friday, September 20, 2019 at 1:30 p.m. (prevailing Eastern Time).**

| | |
|---|---|
| Dated: September 18, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Daniel B. Butz*<br>Derek C. Abbott (No. 3376)<br>Curtis S. Miller (No. 4583)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@mnat.com<br>cmiller@mnat.com<br>dbutz@mnat.com<br>tmann@mnat.com<br>mtalmo@mnat.com<br>ptopper@mnat.com<br><br>*Counsel to the Debtors and Debtors in Possession* |