**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re THG Holdings LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | 19-11689 (JTD) |
| | ) | Jointly Administered |
| | ) | |
| True Health Diagnostics, LLC, | ) | Adv. Proc. No. 19-50280 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Alex M. Azar II, in his official capacity as Secretary, United States Department of Health and Human Services; and Seema Verma, in her official capacity as Administrator, Centers for Medicare and Medicaid Services, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 20, 2019 AT 1:30 P.M. (ET)**

RESOLVED MATTERS

1. Application of the Official Committee of Unsecured Creditors of THG Holdings LLC, *et al.*, for Entry of an Order Authorizing the Employment and Retention of Cooley LLP as Lead Counsel *Nunc Pro Tunc* to August 8, 2019 (D.I. 202, Filed 8/28/19).

   Objection Deadline:  September 13, 2019 at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Pleadings:

   a)    Certificate of No Objection (D.I. 249, Filed 9/16/19).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

      b)    Order Authorizing the Employment and Retention of Cooley LLP as Lead Counsel for the Official Committee of Unsecured Creditors (D.I. 253, Entered 9/17/19).

Status:  An order has been entered.

2.    Application of the Official Committee of Unsecured Creditors of THG Holdings LLC, *et al.*, for Entry of an Order Authorizing the Employment and Retention of GlassRatner Advisory & Capital Group LLC as Financial Advisor *Nunc Pro Tunc* to August 8, 2019 (D.I. 205, Filed 8/29/19).

Objection Deadline:  September 13, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

      a)    Certificate of No Objection (D.I. 250, Filed 9/16/19).

      b)    Order Approving Retention of GlassRatner Advisory & Capital Group LLC as Financial Advisor to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 8, 2019 (D.I. 254, Entered 9/17/19).

Status:  An order has been entered.

3.    Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Elliott Greenleaf. P.C. as Delaware Counsel *Nunc Pro Tunc* to August 8, 2019 (D.I. 209, Filed 8/29/19).

Objection Deadline:  September 13, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

      a)    Certificate of No Objection (D.I. 251, Filed 9/16/19).

      b)    Order Authorizing the Employment and Retention of Elliott Greenleaf, P.C. as Delaware Counsel to the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to August 8, 2019 (D.I. 255, Entered 9/17/19).

Status:  An order has been entered.

MATTERS GOING FORWARD

4. Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 and 6004-1(A) Approving Bidding Procedures for the Sale of Substantially all Assets of the Debtors; (B) Approving Procedures for the Assumption and Assignment or Rejection of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief; (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases; and (III) Certain Related Relief (D.I. 16, Filed 7/30/19).

   Sale Objection Deadline:  September 13, 2019 at 4:00 p.m. (ET).

   Cure Amounts Objection Deadline:  September 17, 2019 at 4:00 p.m. (ET).

   Sale Responses Received:

   a) The United States' Limited Objection to Debtors' Motion for an Order Approving the Sale of Substantially all Assets of the Debtors (D.I. 243; Filed 9/13/19).

   b) City of Frisco's Objection to Debtors' Motion for (I) an Order Pursuant to Sections 105, 363, 364, 365, and 541 of the Bankruptcy Code … (A) Approving Bidding Procedures for the Sale of Substantially all Assets of the Debtors … (II) an Order (A) Approving the Sale of the Debtors Assets Free and Clear of Claims, Liens, and Encumbrances …. And (III) Certain Related Relief (D.I. 244, Filed 9/13/19).

   Sale and Assumption/Cure Responses Received:

   c) Limited Objection and Reservation of Rights of Roche Diagnostics Corporation to Debtors' (I) Proposed Cure Amount for Potential Assumption and Assignment of Roche Agreements and (II) Sale Motion (D.I. 237, Filed 9/12/19).

   d) Creditor Sebia, Inc.'s Objection to Proposed Sale and Proposed Cure Amounts (D.I. 242, Filed 9/13/19).

   e) Limited Objection of LS Biotech 8, LLC to Debtors' Notice of Proposed (I) Assumption and Assignment of Designated Executory Contracts and Unexpired Leases and (II) Cure Amounts and Debtors' Motion for Entry of an Order (A) Approving the Sale of the Debtors' Assets Free and Clear

of Claims, Liens, and Encumbrances; and (B) Approving the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases (D.I. 246, Filed 9/14/19).

Assumption/Cure Responses Received:

f) Objection of Cigna Health Corporation to Notice of Proposed (I) Assumption and Assignment of Designated Executory Contracts and Unexpired Leases and (II) Cure Amounts (D.I. 247, Filed 9/16/19).

g) Objection and Reservation of Rights of U.S. Healthtek, Inc. to Debtors' Proposed Cure Amount for Potential Assumption and Assignment of Agreements (D.I. 252, Filed 9/16/19).

h) De Lage Laden Financial Services, Inc.'s Objection to Debtors' Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases and Cure Amounts (D.I. 256, Filed 9/17/19).

i) Objection of Anthem Entities to Debtors' Notice of Proposed (I) Assumption and Assignment of Designated Executory Contracts and Unexpired Leases and (II) Cure Amounts (D.I. 257, Filed 9/17/19).

j) Limited Objection of Helena Laboratories Corp. to Notice of Proposed (I) Assumption and Assignment of Designated Executory Contracts and Unexpired Leases and (II) Cure Amounts (D.I. 258, Filed 9/17/19).

k) Limited Objection to Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases (D.I. 259, Filed 9/17/19).

Related Pleadings:

a) Order Pursuant to Sections 105, 363, 364, 365 and 541 of the Bankruptcy Code, Bankruptcy Rules 2002, 6004, 6006 and 9007 and Del. Bankr. L.R. 2002-1 And 6004-1 (A) Approving Bidding Procedures for the Sale of Substantially all Assets of Debtors; (B) Approving Procedures for the Assumption and Assignment, Assignment of Designated Executory Contracts and Unexpired Leases; (C) Scheduling the Auction and Sale Hearing; (D) Approving Forms and Manner of Notice of Respective Dates, Times, and Places in Connection Therewith; and (E) Granting Related Relief (D.I. 175, Entered 8/22/19).

b) Notice of Proposed Sale of all or Substantially all of the Debtors' Assets, Free and Clear of all Encumbrances, Other Than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto (D.I. 186, Filed 8/23/19).

    c)    Notice of Proposed (I) Assumption and Assignment of Designated Executory Contracts and Unexpired Leases and (II) Cure Amounts (D.I. 187, Filed 8/23/19).

    d)    *Amended* Notice of Proposed (I) Assumption and Assignment of Designated Executory Contracts and Unexpired Leases and (II) Cure Amounts (D.I. 221, Filed 9/4/19).

    e)    Notice of Cancellation of Auction (D.I. 248, Filed 9/16/16).

    f)    Notice of Successful Bidder and Filing of Asset Purchase Agreement and Proposed Order Approving Sale (D.I. 260, Filed 9/18/19).

Status:  This matter is going forward.  All objections to cure amount, adequate assurance, and assumption and assignment will be adjourned to a future hearing date as the proposed purchaser has not presently designated any contracts or leases for assumption and assignment.

ADVERSARY PROCEEDING

*True Health Diagnostics, LLC v. Alex M. Azar, et al.,* Adv. Pro. No. 19-50280

5. Defendants' Motion to Stay August 29, 2019 Order Pending Appeal, and Request for Expedited Consideration (A.D.I. 33, Filed 9/6/19).

   Response Deadline:  September 19, 2019 (by agreement of the parties).

   Responses:

       a)    True Health Diagnostics LLC's Objection to Defendants' Motion to Stay August 29, 2019 Order Pending Appeal, and Request for Expedited Consideration (To be filed on 9/19/19).

   Status:  This matter is going forward.

6. True Health Diagnostics, LLC's Motion for Rule to Show Cause Why Defendants Should Not Be Found in Contempt for Violating the Court's Order Enforcing the Automatic Stay (D.I. 36, Filed 9/9/19).

   Response Deadline:  September 23, 2019.

   Responses:  None yet.

   Status:  There will be a status conference on this matter.

| | |
|---|---|
| Dated: September 18, 2019<br>Wilmington, Delaware | By:  /s/ Daniel B. Butz<br>Derek C. Abbott (No. 3376)<br>Curtis S. Miller (No. 4583)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@mnat.com<br>cmiller@mnat.com<br>dbutz@mnat.com<br>tmann@mnat.com<br>mtalmo@mnat.com<br>ptopper@mnat.com<br>*Counsel to the Debtors and Debtors in Possession*<br><br>-and-<br><br>Eric E. Walker<br>Brian A. Audette<br>David J. Gold<br>PERKINS COIE LLP<br>131 South Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>Telephone: (312) 324-8659<br>Facsimile: (312) 324-9659<br>ewalker@perkinscoie.com<br>baudette@perkinscoie.com<br>dgold@perkinscoie.com<br>*Special Counsel for True Health Diagnostics, LLC (admitted pro hac vice)* |

13061608.6