## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re THG Holdings LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Case No. 19-11689 (JTD) |
| | ) | Jointly Administered |
| | ) | |
| True Health Diagnostics, LLC, | ) | Adv. Proc. No. 19-50280 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Alex M. Azar II, in his official capacity as Secretary, United States Department of Health and Human Services; and Seema Verma, in her official capacity as Administrator, Centers for Medicare and Medicaid Services, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 2, 2019 AT 10:00 A.M. (ET)

RESOLVED MATTERS:

1.  Debtors' Application to Employ Greenberg Traurig, LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date (D.I. 203, Filed 8/29/19).

    Objection Deadline:  September 12, 2019 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleadings:

    a)  Declaration of Charles C. Dunham, IV in Support of Debtors' Application to Employ and Retain Greenberg Traurig, LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date (D.I. 222, Filed 9/6/19).

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

    b)    Amended Notice of Hearing of Debtors' Application to Employ Greenberg Traurig, LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date (D.I. 223, Filed 9/6/19).

    c)    Certificate of Counsel Regarding the Debtors' Application to Employ Greenberg Traurig, LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date (D.I. 262, Filed 9/18/19).

    d)    Order Granting Debtors' Application to Employ Greenberg Traurig, LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date (D.I. 273, Entered 9/23/19).

Status:  An order has been entered.  No hearing is necessary.

2. Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007-1(b) Further Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (D.I. 245, Filed 9/13/19).

Objection Deadline:  September 25, 2019 at 4:00 p.m. (ET).

Responses Received:  None.

Related Pleadings:

    a)    Certificate of No Objection Regarding the Debtors' Motion for Entry of an Order Pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007-1(b) Further Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (D.I. 283, Filed 9/26/19).

    b)    Order Pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007-1(b) Further Extending the Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs (D.I. 286, Entered 9/27/19).

Status:  An order has been entered.  No hearing is necessary.

ADVERSARY PROCEEDING

*True Health Diagnostics, LLC v. Alex M. Azar, et al., Adv. Pro. No. 19-50280*

3. Complaint (D.I. 1, Filed 7/30/19).

Related Pleadings:

    a)    Summons and Notice of Pretrial Conference in an Adversary Proceeding (A.D.I. 6, Filed 7/31/19).

b)   Certification of Counsel Regarding Agreement to Extend Time for Filing Response to Complaint (A.D.I. 39, Filed 9/11/19).

c)   Order Approving Extension of Time for Filing Response to Complaint (A.D.I. 40, Entered 9/12/19).

d)   Defendants' Motion to Dismiss Complaint (A.D.I. 50, Filed 9/19/19).

Status:  This matter is going forward as a pre-trial conference.

Dated: September 30, 2019
Wilmington, Delaware

By:   /s/ Daniel B. Butz
Derek C. Abbott (No. 3376)
Daniel B. Butz (No. 4227)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 351-9357
Facsimile: (302) 425-4664
dabbott@mnat.com
dbutz@mnat.com
*Counsel for True Health Diagnostics, LLC*

-and-

Eric E. Walker
Brian A. Audette
David J. Gold
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: (312) 324-8659
Facsimile: (312) 324-9659
ewalker@perkinscoie.com
baudette@perkinscoie.com
dgold@perkinscoie.com
*Special Counsel for True Health Diagnostics, LLC (admitted pro hac vice)*

13127813.1