IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THG Holdings LLC, *et al.*,<br><br>                   Debtors.[1] | Chapter 11<br><br>Case No. 19-11689 (JTD)<br><br>Jointly Administered<br><br>**Re: D.I. 323** |

**ORDER SHORTENING NOTICE OF MOTION OF
DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING THE
COMBINED DISCLOSURE STATEMENT AND PLAN ON AN INTERIM
BASIS FOR SOLICITATION PURPOSES ONLY; (II) ESTABLISHING
PROCEDURES FOR SOLICITATION AND TABULATION OF VOTES TO
ACCEPT OR REJECT THE COMBINED DISCLOSURE STATEMENT
AND PLAN; (III) APPROVING THE FORM OF BALLOT AND SOLICITATION
PACKAGES; (IV) ESTABLISHING THE VOTING RECORD DATE;
(V) SCHEDULING A COMBINED HEARING FOR FINAL APPROVAL OF THE
ADEQUACY OF DISCLOSURES IN, AND CONFIRMATION OF, THE COMBINED
DISCLOSURE STATEMENT AND PLAN; AND (VI) GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Shorten")[2] of the above-captioned debtors and debtors in possession (the "Debtors") for entry of an order shortening notice of the *Motion of Debtors for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related*

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

[2] Capitalized terms not defined herein are used as defined in the Motion to Shorten.

*Relief* (the "Solicitation Motion"); the Court having reviewed the Motion to Shorten and the Solicitation Motion, and found that the relief requested in the Motion to Shorten is justified under the circumstances, it is hereby ORDERED that**:**

1. The Motion to Shorten is GRANTED.

2. The Solicitation Motion will be considered at the hearing scheduled for **October 15, 2019 at 2:00 p.m. (ET)** (the "Hearing").

3. Objections, if any, to the relief requested in the Solicitation Motion must be filed on or before **October 11, 2019 at 12:00 p.m. (ET)**.

4. This Court retains jurisdiction to construe and enforce the terms of this Order.

Dated: October 7th, 2019　　　　　　　　　　　　JOHN T. DORSEY
Wilmington, Delaware　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE