# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THG Holdings LLC, *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 19-11689 (JTD)<br><br>Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 15, 2019 AT 2:00 P.M. (ET)

RESOLVED MATTERS

1. Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Retention Plan, (II) Granting Administrative Expense Priority Status to all Payments to be Made by the Debtors Pursuant Thereto and (III) Granting Related Relief (D.I. 278, Filed 9/24/19).

    Objection Deadline:   October 8, 2019 at 4:00 p.m. (ET).

    Responses Received:

    a) Informal comments from the U.S. Trustee.

    Related Pleadings:

    a) [SEALED] Declaration of Clifford A. Zucker in Support of Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Retention Plan, (II) Granting Administrative Expense Priority Status to all Payments to be Made by the Debtors Pursuant Thereto and (III) Granting Related Relief (D.I. 279, Filed 9/24/19).

    b) Declaration of Clifford A. Zucker in Support of Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Retention Plan, (II) Granting Administrative Expense Priority Status to all Payments to be Made by the Debtors Pursuant Thereto and (III) Granting Related Relief (D.I. 280, Filed 9/24/19).

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

    c)    Notice of Filing of Redacted Schedule of KERP Participants (D.I. 327, Filed 10/8/19).

    d)    Certificate of No Objection Regarding the Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Retention Plan, (II) Granting Administrative Expense Priority Status to all Payments to be Made by the Debtors Pursuant Thereto and (III) Granting Related Relief (D.I. 333, Filed 10/10/19).

    e)    Order (I) Approving Debtors' Key Employee Retention Plan, (II) Granting Administrative Expense Priority Status to all Payments to be Made by the Debtors Pursuant Thereto and (III) Granting Related Relief (D.I. 341, Entered 10/10/19).

Status: The informal comments of the U.S. Trustee were resolved with the filing of the Notice of Filing of Redacted Schedule of KERP Participants (D.I. 327). An order has been entered.

2. Motion to File Under Seal Schedule 1 to the Declaration of Clifford A. Zucker in Support of Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Retention Plan, (II) Granting Administrative Expense Priority Status to All Payments to be Made by the Debtors Pursuant Thereto and (III) Granting Related Relief (D.I. 281, Filed 9/24/19).

Objection Deadline: October 8, 2019 at 4:00 p.m. (ET).

Responses Received:

    a)    Informal comments received from the U.S. Trustee.

Related Pleadings:

    a)    Notice of Filing of Redacted Schedule of KERP Participants (D.I. 327, Filed 10/8/19).

    b)    Certificate of No Objection Regarding the Motion to File Under Seal Schedule 1 to the Declaration of Clifford A. Zucker in Support of Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Retention Plan, (II) Granting Administrative Expense Priority Status to All Payments to be Made by the Debtors Pursuant Thereto and (III) Granting Related Relief (D.I. 334, Filed 10/10/19).

    c)    Order Authorizing the Debtors to File Under Seal Schedule 1 to the Declaration of Clifford A. Zucker in Support of Debtors' Motion for Entry of an Order (I) Approving Debtors' Key Employee Retention Plan, (II) Granting Administrative Expense Priority Status to All Payments to be

>   Made by the Debtors Pursuant Thereto and (III) Granting Related Relief (D.I. 342, Entered 10/10/19).
>
>   Status: An order has been entered.

3. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 288, Filed 9/27/19).

    Objection Deadline: October 9, 2019 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    a) Certificate of No Objection Regarding the Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 335, Filed 10/10/19).

    b) First Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 343, Entered 10/10/19).

    Status: An order has been issued.

4. Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 289, Filed 9/27/19).

    Objection Deadline: October 9, 2019 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Pleadings:

    a) Certificate of No Objection Regarding the Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 336, Filed 10/10/19).

    b) Second Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 344, Entered 10/10/19).

    Status: An order has been entered.

5. Debtors' Third Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 290, Filed 9/27/19).

   Objection Deadline:    October 9, 2019 at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Pleadings:

   a) Certificate of No Objection Regarding the Debtors' Third Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 337, Filed 10/10/19).

   b) Third Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 345, Entered 10/10/19).

   Status:  An order has been entered.

6. Debtors' Fourth Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 291, Filed 9/27/19).

   Objection Deadline:    October 9, 2019 at 4:00 p.m. (ET).

   Responses Received:  None.

   Related Pleadings:

   a) Certificate of No Objection Regarding the Debtors' Fourth Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 338, Filed 10/10/19).

   b) Fourth Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 346, Entered 10/10/19).

   Status:  An order has been entered.

7. Debtors' Fifth Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 292, Filed 09/27/19).

    Objection Deadline:   October 9, 2019 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleadings:

        a)    Certificate of No Objection Regarding the Debtors' Fifth Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 339, Filed 10/10/19).

        b)    Fifth Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 347, Entered 10/10/19).

    Status:  A Certificate of No Objection has been filed.  No hearing on this matter is necessary unless the court has questions.

8.    Debtors' Sixth Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 293, Filed 09/27/19).

    Objection Deadline:   October 9, 2019 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Pleadings:

        a)    Certificate of No Objection Regarding the Debtors' Sixth Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 340, Filed 10/10/19).

        b)    Sixth Omnibus Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases *Nunc Pro Tunc* to September 27, 2019 and (II) Granting Related Relief (D.I. 348, Entered 10/10/19).

    Status:  An order has been entered.

MATTERS UNDER CERTIFICATION

9.    Debtors' Motion for Entry of an Order (I) Establishing Certain Bar Dates for Filing Prepetition Claims and Administrative Expense Claims, (II) Approving the Form and Manner for Filing Proofs of Claim, (III) Approving the Proposed Notice of Bar Dates and (IV) Granting Related Relief (D.I. 277, Filed 9/24/19).

    Objection Deadline:    October 8, 2019 at 4:00 p.m. (ET).

    Responses Received:

        a)    Informal comments from the U.S. Attorney.

        b)    Informal comments from the U.S. Trustee.

    Related Pleadings:  None.

    Status:  A Certification of Counsel has been filed. No hearing is necessary unless the court has questions.

MATTERS GOING FORWARD

10.    Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executive Employment Agreements *Nunc Pro Tunc* to October 1, 2019 and (II) Granting Related Relief (D.I. 309, Filed 10/1/19).

    Objection Deadline:    October 8, 2019 at 4:00 p.m. (ET).

    Responses Received:

        a)    Limited Objection of Christopher Grottenthaler to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executive Employment Agreements *Nunc Pro Tunc* to October 1, 2019 and (II) Granting Related Relief (D.I. 326, Filed 10/7/19).

    Related Pleadings:

        a)    [TO BE FILED] Debtors' Reply to Limited Objection of Christopher Grottenthaler to Debtors' Motion for Entry of An Order (I) Authorizing the Debtors to Reject Certain Executive Employment Agreements *Nunc Pro Tunc* to October 1, 2019 and (II) Granting Related Relief

    Status:  This matter is going forward.

11.     Motion of Debtors for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief (D.I. 322, Filed 10/4/19).

    <u>Objection Deadline</u>:   October 11, 2019 at 12:00 p.m. (ET).

    <u>Responses Received</u>:

        a)   Informal comments from the U.S. Trustee.

        b)   United States' Objection to Debtors' Combined Hearing Motion (D.I. 351, Filed 10/11/19).

    <u>Related Pleadings</u>:

        a)   Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed by the Debtors, DIP Agent and Official Committee of Unsecured Creditors (D.I. 321, Filed 10/4/19).

        b)   Debtors' Motion to Shorten Notice of Motion of Debtors for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief (D.I. 323, Filed 10/4/19).

        c)   Order Shortening Notice of Motion of Debtors for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief (D.I. 324, Entered 10/7/19).

    d)    [TO BE FILED] Notice of Revised Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed by the Debtors, DIP Agent and Official Committee of Unsecured Creditors.

    e)    [TO BE FILED] Notice of Revised Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Disclosure Statement and Plan; (III) Approving the Form of Ballot and Solicitation Packages; (IV) Establishing the Voting Record Date; (V) Scheduling a Combined Hearing for Final Approval of the Adequacy of Disclosures in, and Confirmation of, the Combined Disclosure Statement and Plan; and (VI) Granting Related Relief.

<u>Status</u>: This matter is going forward.

Dated: October 11, 2019
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paige N. Topper*
Derek C. Abbott (No. 3376)
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Matthew O. Talmo (No. 6333)
Paige N. Topper (No. 6470)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@mnat.com
cmiller@mnat.com
dbutz@mnat.com
tmann@mnat.com
mtalmo@mnat.com
ptopper@mnat.com

*Counsel to the Debtors and Debtors in Possession*

13178983.1