## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THG Holdings LLC, *et al.*, | Case No. 19-11689 (JTD) |
| Debtors.[1] | Jointly Administered |

## NOTICE OF **SECOND AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 25, 2019 AT 10:00 A.M. (ET)

## MATTERS GOING FORWARD

1. Motion of Debtors for (I) Approval of Auction Agreement and Sale of Certain Equipment of the Debtors Free and Clear of Liens, Claims, Encumbrances And Other Interests; (II) Waiving One or More of the Information Requirements of Local Rule 2016-2; and (III) Related Relief (D.I. 385, Filed 10/18/19).

   Objection Deadline:   October 24, 2019 at 4:00 p.m. (ET)**, extended to October 24, 2019 at 6:00 p.m. (ET) for De Lage Landen Financial Services, Inc.**

   Responses Received:

   a)   Informal objection by LS Biotech 8, LLC**;**

   b)   **Limited Objection and Reservation of Rights to Debtors' Motion for (I) Approval of Auction Agreement and Sale of Certain Equipment of the Debtors Free and Clear of Liens, Claims, Encumbrances And Other Interests; (II) Waiving One or More of the Information Requirements of Local Rule 2016-2; and (III) Related Relief (D.I. 401, Filed 10/24/19);**

   c)   **Limited Objection of LS Biotech 8, LLC to Motion of Debtors for (I) Approval of Auction Agreement and Sale of Certain Equipment of the Debtors Free and Clear of Liens, Claims, Encumbrances And Other Interests; (II) Waiving One or More of the Information Requirements**

---

[1]   The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

[2]   **Amended items appear in bold.**

of Local Rule 2016-2; and (III) Related Relief (D.I. 402, Filed 10/24/19); and

d)      **Notice by LS Biotech 8, LLC of Intent to Call Witness at the Hearing on the Motion of Debtors for (I) Approval of Auction Agreement and Sale of Certain Equipment of the Debtors Free and Clear of Liens, Claims, Encumbrances and Other Interests; (II) Waiving One or More of the Information Requirements of Local Rule 2016-2; and (III) Related Relief and LS Biotech 8, LLC's Objection Thereto (D.I. 404, Filed 10/24/19).**

Related Pleadings:

a)      Motion of Debtors for (I) Approval of Auction Agreement and Sale of Certain Equipment of the Debtors Free and Clear of Liens, Claims, Encumbrances And Other Interests; (II) Waiving One or More of the Information Requirements of Local Rule 2016-2; and (III) Related Relief (D.I. 378, Filed 10/18/19);

b)      Notice of Request to Change Filing Date [D.I. 378] (D.I. 379, Filed 10/21/19);

c)      Affidavit of Service (D.I. 383, Filed 10/21/19);

d)      Notice of Withdrawal (D.I. 384, Filed 10/21/19);

e)      Notice of Request to Change Filing Date [D.I. 385] (D.I. 386, Filed 10/21/19);

f)      Declaration of Ross Finn in Support of Motion of Debtors for (I) Approval of Auction Agreement and Sale of Certain Equipment of the Debtors Free and Clear of Liens, Claims, Encumbrances And Other Interests; (II) Waiving One or More of the Information Requirements of Local Rule 2016-2; and (III) Related Relief (D.I. 394, Filed 10/23/19);

g)      Declaration of Mackenzie L. Shea in Support of Motion of Debtors for (I) Approval of Auction Agreement and Sale of Certain Equipment of the Debtors Free and Clear of Liens, Claims, Encumbrances And Other Interests; (II) Waiving One or More of the Information Requirements of Local Rule 2016-2; and (III) Related Relief (D.I. 395, Filed 10/23/19);

h)      Declaration of Eric Weiler in Support of Motion of Debtors for (I) Approval of Auction Agreement and Sale of Certain Equipment of the Debtors Free and Clear of Liens, Claims, Encumbrances And Other Interests; (II) Waiving One or More of the Information Requirements of Local Rule 2016-2; and (III) Related Relief (D.I. 396, Filed 10/23/19);

i) Declaration of William Gardner in Support of Motion of Debtors for (I) Approval of Auction Agreement and Sale of Certain Equipment of the Debtors Free and Clear of Liens, Claims, Encumbrances And Other Interests; (II) Waiving One or More of the Information Requirements of Local Rule 2016-2; and (III) Related Relief (D.I. 397, Filed 10/23/19);

j) Notice of Filing of Revised Order (I) Approving Auction Agreement and Sale of Certain Equipment of the Debtors Free and Clear of Liens, Claims, Encumbrances and Other Interests, (II) Waiving One or More of the Information Requirements of Local Rule 2016-2, and (III) Related Relief (D.I. 398, Filed 10/23/19);

k) Debtors' Witness List for October 25, 2019 Hearing (D.I. 399, Filed 10/24/19); **and**

l) **Debtors' Amended Witness List for October 25, 2019 Hearing (D.I. 403, Filed 10/24/19).**

Status:  This matter is going forward.

Dated: October 24, 2019
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/    Daniel B. Butz*
Derek C. Abbott (No. 3376)
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Matthew O. Talmo (No. 6333)
Paige N. Topper (No. 6470)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@mnat.com
cmiller@mnat.com
dbutz@mnat.com
tmann@mnat.com
mtalmo@mnat.com
ptopper@mnat.com

*Counsel to the Debtors and Debtors in Possession*

13214562.1