# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| THG Holdings LLC, *et al.*, ) | |
| ) | Case No. 19-11689 (JTD) |
| Debtors.[1] ) | |
| ) | Jointly Administered |
| ) | |
| ) | **Ref. Doc. No. 409** |
| ) | |

## NOTICE OF TELEPHONIC HEARING

PLEASE TAKE NOTICE that a telephonic hearing has been scheduled for **Monday, October 28, 2019 at 3:00 p.m. (ET)** before the Honorable John T. Dorsey, at the United States Bankruptcy Court for the District of Delaware regarding the matter taken under advisement during the October 25, 2019 hearing.

PLEASE TAKE FURTHER NOTICE that any party that wishes to participate at the telephonic hearing must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946).

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

|  |  |
|---|---|
| Dated: October 25, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/    *Daniel B. Butz*<br>Derek C. Abbott (No. 3376)<br>Curtis S. Miller (No. 4583)<br>Daniel B. Butz (No. 4227)<br>Tamara K. Mann (No. 5643)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>dabbott@mnat.com<br>cmiller@mnat.com<br>dbutz@mnat.com<br>tmann@mnat.com<br>mtalmo@mnat.com<br>ptopper@mnat.com<br><br>*Counsel to the Debtors and Debtors in Possession* |