## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| THG Holdings LLC, *et al.*, | Case No. 19-11689 (JTD) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 26, 2019 AT 2:00 P.M. (ET)

<u>RESOLVED MATTER</u>

1.      Debtors' Motion for an Order Pursuant to 28 U.S.C. § 1452, Fed. R. Bankr. P. 9006(b)(1) and 9027(a)(2) and Del. Bankr. L.R. 9006-2 Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Cases (D.I. 425, Filed 10/28/19).

<u>Objection Deadline</u>:   November 11, 2019 at 4:00 p.m. (ET).

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:

      a)      Certificate of No Objection Regarding the Debtors' Motion for an Order Pursuant to 28 U.S.C. § 1452, Fed. R. Bankr. P. 9006(b)(1) and 9027(a)(2) and Del. Bankr. L.R. 9006-2 Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Cases (D.I. 467, Filed 11/13/19).

      b)      Order Pursuant to 28 U.S.C. § 1452, Fed. R. Bankr. P. 9006(b)(1) and 9027(a)(2) and Del. Bankr. L.R. 9006-2 Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Cases (D.I. 468, Entered 11/14/19).

<u>Status</u>:  An order has been entered.  No hearing is necessary.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

[2]    **Amended items appear in bold.**

MATTERS GOING FORWARD

2.      Notice of Filing of Solicitation Version of the Combined Disclosure Statement and Joint
        Chapter 11 Plan of Liquidation Proposed by the Debtors, DIP Agent and Official
        Committee of Unsecured Creditors (D.I. 372, Filed 10/16/19).

        Objection Deadline:  November 15, 2019 at 4:00 p.m. (ET).  The objection deadline was
        extended until November 18, 2019 at 4:00 p.m. (ET) for the Government and United
        States Trustee.  The objection deadline was extended until November 19, 2019 at 4:00
        p.m. (ET) for the Internal Revenue Service.

        Responses Received:

                a)      Limited Objection of LS Biotech 8, LLC to Confirmation of the Combined
                        Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed
                        by the Debtors, DIP Agent and Official Committee of Unsecured
                        Creditors (D.I. 474, Filed 11/15/19).

                b)      Limited Objection to Confirmation of Combined Disclosure Statement and
                        Joint Chapter 11 Plan of Liquidation Proposed by the Debtors, DIP Agent,
                        and Official Committee of Unsecured Creditors (D.I. 475, Filed 11/15/19).

                c)      United States' Objection to the Combined Disclosure Statement and Joint
                        Chapter 11 Plan of Liquidation Proposed by the Debtors, DIP Agent and
                        Official Committee of Unsecured Creditors (D.I. 482, Filed 11/18/19).

                d)      United States Trustee's Objection to Confirmation of the Combined
                        Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed
                        by the Debtors, DIP Agent and Official Committee of Unsecured
                        Creditors (D.I. 483, Filed 11/18/19).

                e)      Informal comments from the Internal Revenue Service.

        Related Pleadings:

                a)      Certification of Counsel in Support of Entry of an Order Regarding the
                        Stipulation Between the Debtors and the Government (D.I. 451, Filed
                        11/8/19).

                b)      Notice of Filing of Plan Supplement to Combined Disclosure Statement
                        and Chapter 11 Plan of Liquidation Proposed by the Debtors, DIP Agent
                        and Official Committee of Unsecured Creditors (D.I. 453, Filed 11/8/19).

c)   Order Approving the Stipulation by the Debtors and the Government Extending the Objection and Reply Deadlines with Respect to Confirmation of the Plan (D.I. 457, Entered 11/12/19).

d)   Stipulation Between Debtors and the United States of America (D.I. 498, Filed 11/20/19).

e)   Debtors' Reply in Support of Confirmation of the Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed by the Debtors, DIP Agent and Official Committee of Unsecured Creditors (D.I. 505, Filed 11/21/19).

f)   Declaration of Joseph Arena on Behalf of Epiq Corporate Restructuring, LLC Regarding Voting and Tabulation of Ballots Cast on the Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed by the Debtors, DIP Agent and Official Committee of Unsecured Creditors (D.I. 506, Filed 11/21/19).

g)   Memorandum of Law in Support of Confirmation of the Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed by the Debtors, DIP Agent and Official Committee of Unsecured Creditors (D.I. 507, Filed 11/21/19).

h)   Declaration of Clifford A. Zucker in Support of Confirmation of the Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed by the Debtors, DIP Agent and Official Committee Of Unsecured Creditors (D.I. 508, Filed 11/21/19).

i)   Notice of Filing of Order (I) Approving Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed by the Debtors as Containing Adequate Information on a Final Basis and (II) Confirming Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed by the Debtors (D.I. 509, Filed 11/21/19).

**j)   Debtors' Reply to the United States' Objection to the Combined Disclosure Statement and Plan (D.I. 518, Filed 11/25/19).**

**k)   Debtors' Witness List for November 26, 2019 Hearing (D.I. 519, Filed 11/25/19).**

**l)   Notice of Filing of Amended Exhibits to Plan Supplement to Combined Disclosure Statement and Chapter 11 Plan of Liquidation Proposed by the Debtors, DIP Agent and Official Committee of Unsecured Creditors (D.I. 520, Filed 11/25/19).**

<u>Status</u>:  The Debtors have resolved the informal comments **(e, above)** of the Internal Revenue Service and the objections filed by Health Care Services Corporation **(b, above) and the United States Trustee (d, above)**. The Debtors are negotiating with the other objecting parties to include language in the Confirmation Order to resolve their objections in whole or in part.  This matter is going forward.

3.      Debtors' Motion for Entry of an Order Extending the Time by Which the Debtors may Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 456, Filed 11/11/19).

    <u>Objection Deadline</u>:  November 19, 2019 at 4:00 p.m. (ET)

    <u>Responses Received</u>:

        a)      Limited Objection of LS Biotech 8, LLC to Debtors' Motion for Entry of an Order Extending the Time by Which the Debtors may Assume or Reject Unexpired Leases of Nonresidential Real Property (D.I. 488, Filed 11/19/19).

    <u>Related Pleadings</u>:

        a)      Debtors' Reply in Support of Confirmation of the Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation Proposed by the Debtors, DIP Agent and Official Committee of Unsecured Creditors (D.I. 505, Filed 11/21/19).

    <u>Status</u>:  This matter is going forward.

Dated: November 25, 2019
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/  Matthew O. Talmo*
Derek C. Abbott (No. 3376)
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Tamara K. Mann (No. 5643)
Matthew O. Talmo (No. 6333)
Paige N. Topper (No. 6470)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@mnat.com
cmiller@mnat.com
dbutz@mnat.com
tmann@mnat.com
mtalmo@mnat.com
ptopper@mnat.com
*Counsel to the Debtors and Debtors in Possession*