# SIGN-IN SHEET

**JUDGE:** Dorsey   **COURTROOM:** 5

**CASE NUMBER:** 19-11689   **CASE NAME:** THG Holdings LLC   **DATE:** 11/26/2019 (2:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey S. Sabin | Venable, LLP | RSCF and affiliates |
| Dan O'Brien | " | " |
| Matthew Summers | Ballard Spahr LLP | LS Biotech & LLC |
| Matthew McGuire | Landis Rath & Cobb | Dip Agent |
| Charles Dale | Proskauer | |
| Richard Kanowitz | Cooley | Committee |
| Cullen Speckhart | " | " |
| Eric Sotty | Elliott Greenleaf | " |
| Jane Leamy | US Trustee | US Trustee |
| Seth Shapiro | US DOJ - Civil | " |
| | | |
| | | |
| | | |
| | | |
| | | |

# SIGN-IN SHEET

**JUDGE:** Dorsey    **COURTROOM:** 5

**CASE NUMBER:** 19-11689    **CASE NAME:** THG Holdings LLC    **DATE:** 11/26/2019 (2:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Abbott | MNAT | Debtors |
| Curtis Miller | MNAT | |
| Eric Miller | Perkins Coie | |
| Dan Butz | MNAT | |
| Paige Topper | | |
| Matt Talmo | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

Calendar Date: 11/26/2019

Calendar Time: 02:00 PM ET

**U.S. Bankruptcy Court-District of Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable John T. Dorsey**

**Courtroom**

Amended Calendar   Nov 26 2019 10:05AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|-----------|-----------|-----------|-------------|
| | | THG Holdings LLC | 19-11689 | Hearing | 10205611 | Anthony DiNello | (203) 542-4212 ext. 00 | Silver Point Capital | Interested Party, Silver Point Capital / LISTEN ONLY |
| | | THG Holdings LLC | 19-11689 | Hearing | 10214061 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | THG Holdings LLC | 19-11689 | Hearing | 10212373 | Lucy F. Kweskin | (212) 969-3000 ext. | Proskauer Rose LLP | Creditor, Monroe Capital Management Advisors / LIVE |
| | | THG Holdings LLC | 19-11689 | Hearing | 10215184 | Tamara K. Mann | (302) 351-9377 ext. | Morris Nichols Arsht & Tunnell LLP | Debtor, True Health Group / LISTEN ONLY |
| | | THG Holdings LLC | 19-11689 | Hearing | 10212547 | Michael S. Tucker | (216) 583-7120 ext. | Ulmer & Berne LLP | Creditor, Orangestar Frisco I / LISTEN ONLY |
| | | THG Holdings LLC | 19-11689 | Hearing | 10214678 | Andrew D. Warner | (202) 307-0958 ext. | U.S. Department of Justice - Civil Division | Creditor, United States of America / LIVE |
| | | THG Holdings LLC | 19-11689 | Hearing | 10205595 | Jonathan Weinberg | (312) 568-7817 ext. | Monroe Capital LLC | Interested Party, Monroe Capital LLC / LISTEN ONLY |
| | | THG Holdings LLC | 19-11689 | Hearing | 10215167 | Wayne P. Weitz - Financial | (212) 457-3308 ext. | GlassRatner Advisory & Capital Group, LLC | Interested Party, Wayne P. Weitz / LISTEN ONLY |
| | | THG Holdings LLC | 19-11689 | Hearing | 10215754 | Becky A. Yerak | (312) 543-1306 ext. | Wall Street Journal | Interested Party, Wall Street Journal / LISTEN ONLY |