# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re THG Holdings LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.[1] | ) | Case No. 19-11689 (JTD) |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Re: D.I. 531** |

## NOTICE OF APPEAL

The United States of America, on behalf of Alex M. Azar, II, Secretary of the United States Department of Health and Human Services, and Seema Verma, Administrator for the Centers for Medicare and Medicaid Services (together "CMS"), and the Defense Health Agency ("DHA") of the U.S. Department of Defense (together with CMS, "Appellants"), hereby appeals the Bankruptcy Court's Order Confirming the Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [D.I. 531] (the "Confirmation Order"), dated November 27, 2019, pursuant to 28 U.S.C. §§ 158(a) and Rule 8003 of the Federal Rules of Bankruptcy Procedure and Rule 8003-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware.

The names of the debtors whose plan of reorganization Appellants appeal and the names, addresses and telephone numbers of their attorneys are as follows:

| Party | Attorney |
|---|---|
| True Health Diagnostics, LLC, *et al.* | Derek C. Abbott<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are as follows: THG Holdings LLC (8292); True Health Group LLC (9158); True Health Clinical LLC (5272); True Health Diagnostics LLC (9452); True Health IP LLC (5427); Outreach Management Solutions LLC d/b/a True Health Outreach (9424); Health Core Financial LLC d/b/a True Health Financial (6614). The Debtors' mailing address is 3803 Parkwood Blvd., Suite 400, Frisco, Texas 75034.

| | |
|---|---|
| | Telephone: (302) 351-9357<br>Facsimile: (302) 425-4664<br>dabbott@mnat.com<br><br>Eric E. Walker<br>Brian A. Audette<br>David J. Gold<br>Perkins Coie, LLP<br>131 South Dearborn Street, Suite 1700<br>Chicago, IL 60603-5559<br>Telephone: (312) 324-8559<br>Facsimile: (312) 324-9659<br>ewalker@perkinscoie.com<br>baudette@perkinscoie.com<br>dgold@perkinscoie.com |

Pursuant to Federal Rule of Bankruptcy Procedure 8003, a copy of the Order is attached hereto as Exhibit A.

Dated: December 1, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

DAVID C. WEISS
United States Attorney
ELLEN W. SLIGHTS
Assistant United States Attorney
United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046

*/s/ Seth B. Shapiro*
RUTH A. HARVEY
LLOYD H. RANDOLPH
SETH B. SHAPIRO
ANDREW WARNER
Commercial Litigation Branch
United States Department of Justice
P.O. Box 875, Ben Franklin Station
Washington, DC 20044
TEL: (202) 514-7164
FAX: (202) 514-9163
Email: seth.shapiro@usdoj.gov

## **CERTIFICATE OF SERVICE**

In accordance with Rule 8003-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, I certify that on December 1, 2019, a true and correct copy of the foregoing notice was served via electronic means on the following counsel for the Committee of Unsecured Creditors:

Rafael X. Zahralddin-Aravena (No. 4166)
Eric M. Sutty (No. 4007)
Shelley A. Kinsella (No. 4023)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Email: rxza@elliottgreenleaf.com
ems@elliottgreenleaf.com
sak@elliottgreenleaf.com

Richard S. Kanowitz, Esq.
Cullen D. Speckhart, Esq.
Evan M. Lazerowitz, Esq.
**COOLEY LLP**
5 5 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Email: rkanowitz@cooley.com
cspeckhart@cooley.com
elazerowitz@cooley.com

*/s/ Seth B. Shapiro*
SETH B. SHAPIRO